UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

------------------------------------------------------------------------X
**JOHN DOE,**

        **Plaintiff,**

        -against-

**DORDT UNIVERSITY** f/k/a/ **DORDT COLLEGE**;
**DORDT UNIVERSITY BOARD OF TRUSTEES**;
**HOWARD WILSON**, individually and as agent for
Dordt University; **ROBERT TAYLOR**, individually
and as agent for Dordt University; **DEREK BUTEYN**,
individually and as agent for Dordt University;
and **ERIN OLSON**, individually and as agent for
Dordt University;

        **Defendants.**
------------------------------------------------------------------------X

**Civil Action No:** 19-cv-4082

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Plaintiff, through his attorneys, Nesenoff & Miltenberg, LLP, and Babich Goldman, P.C., hereby moves this Court for an e*x parte* order: (i) authorizing Plaintiff to file the Complaint, summons, and civil cover sheet in this action using the pseudonym "John Doe," and to litigate this matter as John Doe, and to file all other papers in this action under the name John Doe, and to identify certain other non-parties by pseudonym; and (ii) prohibiting Defendants from publicly identifying Plaintiff, in court filings or otherwise.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff shall rely upon the Complaint and accompanying Memorandum of Law and the Declaration of Adrienne Levy and attachments thereto in support of the Motion. Plaintiff also submits a proposed form of Order with this Motion.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff requests oral argument on the motion.

**Dated: December 4, 2019**

                    **BABICH GOLDMAN, P.C.**

                    **By:** */s/ David Goldman*
                        David H. Goldmna, Esq.
                        501 SW 7th Street, Suite J
                        Des Moines, Iowa 50309
                        (515) 309-6850
                        **dgoldman@babichgoldman.com**

           *and*

                    **NESENOFF & MILTENBERG, LLP**

                    By: */s/ Adrienne Levy*
                        Adrienne Levy, Esq.
                        Andrew T. Miltenberg, Esq.
                        Stuart Bernstein, Esq.
                        (*pro hac vice admission pending*)
                        363 Seventh Avenue, Fifth Floor
                        New York, New York 10001
                        T. (212) 736-4500
                        alevy@nmllplaw.com
                        amiltenberg@nmllplaw.com
                        sbernstein@nmllplaw.com