**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

------------------------------------------------------------------------X

| | | |
|---|---|---|
| **JOHN DOE,** | : | |
| | : | **Civil Action No:** |
| **Plaintiff,** | : | |
| | : | |
| | : | |
| **-against-** | : | |
| | : | |
| | : | |
| **DORDT UNIVERSITY** f/k/a/ **DORDT COLLEGE**; | : | |
| **DORDT UNIVERSITY BOARD OF TRUSTEES**; | : | **DECLARATION OF** |
| **HOWARD WILSON**, individually and as agent for | : | **ADRIENNE LEVY, ESQ.** |
| Dordt University; **ROBERT TAYLOR**, individually | : | |
| and as agent for Dordt University; **DEREK BUTEYN**, | : | |
| individually and as agent for Dordt University; | : | |
| and **ERIN OLSON**, individually and as agent for | : | |
| Dordt University; | : | |
| | : | |
| **Defendants.** | : | |

------------------------------------------------------------------------X

**Adrienne Levy, Esq.,** hereby declares, subject to the penalties of perjury pursuant to

28 U.S.C. § 1746:

1.      I am an attorney-at-law of the States of New Jersey and New York.

2.      I am an associate at the law firm of Nesenoff & Miltenberg, LLP, co-counsel of

record for the Plaintiff in this matter.  In that capacity, I am fully familiar with the facts and issues

set forth in this Declaration, which is being submitted in support of Plaintiff's *ex parte* motion to

proceed pseudonymously and for a protective order.

3.      The detailed allegations underpinning the instant action are set forth in the

Complaint, which is incorporated herein by reference.

4.      Plaintiff states that during the Title IX matter at Dordt, and since then, he maintained confidentiality to the greatest extent possible, discussing the case only with those necessary—including his immediate family, his legal counsel, and a few very close friends, for emotional support.  Plaintiff has made no social media postings, public statements, or otherwise sought any attention on this matter.  Plaintiff has had no media contact regarding anything relating to this matter.

5.      On or about September 13, 2019, I notified Defendants of Plaintiff's identity in this litigation.

6.      Plaintiff states that he fears reprisal, harassment, and irreparable reputational harm if his name is disclosed in the instant litigation.  Plaintiff therefore seeks to proceed by pseudonym.

7.      Attached hereto as Exhibit A are true and correct copies of the plaintiff's motion for pseudonym status and the court's order granting pseudonym status in *Doe v. Sioux City Cmty. Sch. Dist.*, No. 15-CV-04246 (MWB) (LTS) (N.D. Iowa Dec. 29, 2015).

8.      Attached hereto as Exhibit B is a true and correct copy of the court's order granting pseudonym status in *Doe v. Grinnell Coll.*, No. 17-CV-00079 (RGE) (SBJ) (S.D. Iowa July 10, 2017), ECF No. 39 in that case.

9.      Attached hereto as Exhibit C are true and correct copies of the plaintiff's motion for pseudonym status and the court's order granting pseudonym status in *Doe v. McCarthy*, No. 19-CV-00096 (RGE) (CFB) (S.D. Iowa July 3, 2019).

10.      Attached hereto as Exhibit D is a true and correct copy of the court's order granting pseudonym status in *Doe v. Carengie Mellon Univ.*, No. 17-CV-01574 (W.D. Pa. Dec. 6, 2017), ECF No. 13 in that case.

11. Attached hereto as Exhibit E is a true and correct copy of the court's order granting pseudonym status in *Doe v. Allegheny College*, Docket No. 17-cv-00031 (W.D.Pa. May 1, 2017), ECF No. 18 in that case.

12. Attached hereto as Exhibit F is a true and correct copy of the court's order granting pseudonym status in *Doe v. Univ. of Colorado*, No. 14-cv-03027 (D. Colo. Nov. 13, 2014), ECF No. 12 in that case.

13. Attached hereto as Exhibit G is a true and correct copy of the court's order granting pseudonym status in *Doe v. Swarthmore College*, No. 2:14-cv-00532-SD (E.D. Pa. Jan. 29, 2014), ECF No. 3 in that case.

14. Attached hereto as Exhibit H is a true and correct copy of the court's order granting pseudonym status in *Doe v. Williams Coll.*, Docket No. 13-cv-11740 (D. Mass. Sept. 5, 2013), ECF No. 12 in that case.

15. Attached hereto as Exhibit I is a true and correct copy of the court's order granting pseudonym status in *Doe v. George Washington Univ.*, Docket No. 11-cv-00696-RLW (D.D.C. Apr. 8, 2011), ECF No. 2 in that case.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

**Dated: New York, New York
December 4, 2019**

/s/ Adrienne Levy
**Adrienne Levy, Esq.** *(pro hac vice pending)*