# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03027-MEH

JOHN DOE,

      Plaintiff,

v.

UNIVERSITY OF COLORADO BOULDER,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 13, 2014.**

      Finding that the motion complies with D.C. Colo. LCivR 7.2 at this early stage of the litigation, Plaintiff's Motion to Restrict Access Pursuant to D.C. Colo. LCivR 7.2 [filed November 7, 2014; docket #2] is **granted in part and denied in part**.  The Court will order that the Complaint (docket #3) and any documents containing information that may serve to identify the Plaintiff are to be maintained under Restriction Level 1 until further order of the Court.  However, the Court will entertain any opposition motion from the Defendant once it is served and appears in this case.