# EXHIBIT H

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN DOE,
    Plaintiff

CIVIL ACTION NO.: 3:16cv-30184

v.

WILLIAMS COLLEGE,

    Defendant.

## MOTION TO PROCEED UNDER PSEUDONYM
## AND FOR PROTECTIVE ORDER

Plaintiff John Doe ("Plaintiff"), by and through his attorney, hereby seeks authorization to proceed under a pseudonym in the above-captioned case. In light of the serious nature of the allegations contained in the complaint, Plaintiff is concerned about acts of reprisal that could prevent Plaintiff from proceeding with his education, his career, or that could cause him physical or mental harm should his name be disclosed to the public. Therefore, Plaintiff moves the Court for the entry of: (i) an order granting Plaintiff leave to proceed under a pseudonym; and (ii) a protective order (a) prohibiting Defendant and its agents from disclosing Plaintiff's identity to any third party other than necessary to defend against this action; (b) ordering that if any party files a document in the public record that would otherwise identify Plaintiff, the filing party shall redact personal identifiers consistent with this Order and Fed. R. Civ. P. 5.2; and (c) ordering that such informed third parties shall be provided a copy of the Court's order

*Allowed, without prejudice to motion to reconsider if Defendant opposes. So ordered.*

*Michael A. Ponsor USDJ 11·29·16*

and shall not identify Plaintiff other than as may be necessary with respect to this action. Plaintiff has provided the Court, under seal, a signed copy of his affidavit that contains his true identity. Plaintiff requests that the impoundment last in perpetuity or until further order of the court. A memorandum of law in support and proposed order accompany this motion.

Date: November 23, 2016             Respectfully submitted,

                                    JOHN DOE
                                    PLAINTIFF


                                    By:   /s/ Stacey Elin Rossi
                                    STACEY ELIN ROSSI, BBO# 681084
                                    ROSSI LAW FIRM
                                    P.O. Box 442
                                    Hoosick Falls, New York 12090
                                    (413)248-7622