UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR - 8 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE WASHINGTON UNIVERSITY, )<br>)<br>Defendant. )<br>_____ ) | Case No. __11 0696__ |

### ORDER

Having considered Plaintiff's Motion to Proceed by Pseudonym, ~~any opposition thereto~~,² and for good cause shown, it is hereby

ORDERED that the motion is *temporarily* GRANTED.

This __8th__ day of April, 2011.

_____
Robert C. Lovelett [signature]
United States District Judge

Presented by:

Gregory S. Smith
D.C. Bar No. 472802
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460.3381
gregsmithlaw@verizon.net

\* pending further review, either *sua sponte* or upon motion, by the assigned judge.
Rex