UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

------------------------------------------------------------------------X
| | |
|---|---|
| **JOHN DOE,** | |
| | Civil Action No: |
| **Plaintiff,** | |
| -against- | |
| | ORDER GRANTING |
| **DORDT UNIVERSITY** f/k/a/ **DORDT COLLEGE**; | PLAINTIFF'S EX-PARTE |
| **DORDT UNIVERSITY BOARD OF TRUSTEES**; | MOTION TO PROCEED |
| **HOWARD WILSON**, individually and as agent for | <u>BY PSEUDONYM</u> |
| Dordt University; **ROBERT TAYLOR**, individually | |
| and as agent for Dordt University; **DEREK BUTEYN**, | |
| individually and as agent for Dordt University; | |
| and **ERIN OLSON**, individually and as agent for | |
| Dordt University; | |
| **Defendants.** | |

------------------------------------------------------------------------X

Upon Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and for Protective Order, and upon review of the Complaint, Declaration of Adrienne Levy, Esq., and exhibits thereto, and Memorandum of Law in Support of Motion, and upon hearing the arguments of the parties, it is hereby:

**ORDERED** that Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym is **GRANTED**; and it is further

**ORDERED**, that the Plaintiff's Motion for a Protective Order prohibiting Defendants from publicly identifying Plaintiff, in court filings or otherwise, is **GRANTED.**

**Dated:_____, 2019**

_____
, U.S.D.J.