IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff(s),<br><br>vs.<br><br>DORDT UNIVERSITY f/k/a DORDT COLLEGE, DORDT UNIVERSITY BOARD OF TRUSTEES; HOWARD WILSON, individually and as agent for Dordt University; ROBERT TAYLOR, individually and as agent for Dordt University; DEREK BUTEYN, individually and as agent for Dordt University; and ERIN OLSON, individually and as agent for Dordt University,<br><br>  Defendant(s). | CASE NO.  19-cv-4082<br><br>**MOTION TO APPEAR<br>PRO HAC VICE** |

George E. Martin III, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendants, Dordt University f/k/a Dordt College, Dordt University Board of Trustees; Howard Wilson, individually and as agent for Dordt University; Robert Taylor, individually and as agent for Dordt University; Derek Buteyn, individually and as agent for Dordt University; and Erin Olson, individually and as agent for Dordt University. George E. Martin III states that he is a member in good standing of the bar of the State of Nebraska, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

**George E. Martin III,** further states that he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Heidi A. Guttau, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case. Mr. Martin can be contacted as follows:

>George E. Martin III
>Baird Holm LLP
>1700 Farnam Street, Suite 1500
>Omaha, NE 68102-2068
>Phone: 402.636.8290
>Fax: 402.344.0588
>Email: gmartin@bairdholm.com

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

Dated this 20th day of February, 2020.

>DORDT UNIVERSITY F/K/A DORDT COLLEGE;
>DORDT UNIVERSITY BOARD OF TRUSTEES;
>HOWARD WILSON, ROBERT TAYLOR, DEREK
>BUTEYN, AND ERIN OLSON, Defendants,
>
>By: /s/Heidi A. Guttau
>    Heidi A. Guttau (IA #15513)
>    George E. Martin III (pro hac pending)
>    Leigh Campbell Joyce (pro hac pending)
>    Michael Roccaforte (pro hac pending)
>of BAIRD HOLM LLP
>   1700 Farnam Street
>   Suite 1500
>   Omaha, NE 68102-2068
>   Phone: 402-344-0500
>   Email: hguttau@bairdholm.com
>          gmartin@bairdholm.com
>          lcampbell@bairdholm.com
>          mroccaforte@bairdholm.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David Goldman
Babich Goldman, P.C.
501 SW 7th Street, Suit J
Des Moines, IA 50309
dgoldman@babichgoldman.com

Andrew T. Miltenberg
Stuart Bernstein
Adrienne Levy
363 Seventh Avenue, Fifth Floor
New York, NY 10001
amiltenberg@nmllplaw.com
abernstein@nmllplaw.com
alevy@nmllplaw.com

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None

/s/Heidi A. Guttau

DOCS/2419222.1

# SUPREME COURT
# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on September 22, 1999, George Edward Martin III was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on February 5, 2020.

*Wendy A. Wussow*
Wendy A. Wussow, Clerk