IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                   Plaintiff(s),<br><br>vs.<br><br>DORDT UNIVERSITY f/k/a DORDT COLLEGE, DORDT UNIVERSITY BOARD OF TRUSTEES; HOWARD WILSON, individually and as agent for Dordt University; ROBERT TAYLOR, individually and as agent for Dordt University; DEREK BUTEYN, individually and as agent for Dordt University; and ERIN OLSON, individually and as agent for Dordt University,<br><br>                   Defendant(s). | CASE NO.   19-cv-4082<br><br>**JOINT MOTION TO CONTINUE RULE 26 FILING DEADLINE** |

Plaintiff, John Doe, by and through his counsel of record, Adrienne Levy, and Defendants Dordt University, f/k/a Dordt College, Dordt University Board of Trustees; Howard Wilson, individually and as agent for Dordt University; Robert Taylor, individually and as agent for Dordt University; Derek Buteyn, individually and as agent for Dordt University; and Erin Olson, individually and as agent for Dordt University, by and through their counsel of record, George E. Martin III, hereby move the Court to continue the Rule 26 scheduling order and discovery plan filing deadline as follows:

1. The current filing deadline for the parties' Rule 26(b) and 26(f) scheduling order and discovery plan is March 4, 2020.

2. The parties have been in regular communication, and have collaboratively resolved some preliminary issues (i.e., waiver of service, Plaintiff proceeding under a pseudonym, issues related to initial pleadings, etc.).

3. The parties will continue to work collaboratively, but need an additional 14 days to file their Rule 26(b) scheduling order and Rule 26(f) discovery plan.

The parties respectfully request a continuance of the deadline to file their Rule 26 reports of 14 days, or until March 18, 2020.

Dated this 4th day of March, 2020.

JOHN DOE, Plaintiff,

By:    /s/David Goldman
David H. Goldman, Esq.
501 SW 7th Street, Suite J
Des Moines, IA 50309
Phone:  515-309-6850
Email:  dgoldman@babichgolman.com

*and*

By:    /s/Adrienne Levy, Esq.
Andrew T. Miltenberg, Esq. (*pro hac*)
Stuart Bernstein, Esq. (*pro hac*)
Adrienne Levy, Esq. (*pro hac*)
363 Seventh Avenue, Fifth Floor
New York New York 10001
Phone:  212-736-4500
Email:  amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
alevy@nmllplaw.com

DORDT UNIVERSITY F/K/A DORDT
COLLEGE; DORDT UNIVERSITY BOARD
OF TRUSTEES; HOWARD WILSON,
ROBERT TAYLOR, DEREK BUTEYN,
AND ERIN OLSON, Defendants.

By:    /s/Heidi A. Guttau
        Heidi A. Guttau (IA #21570)
        George E. Martin III (*pro hac*)
        Leigh Campbell Joyce (*pro hac*)
        Michael J. Roccaforte (*pro hac*)
        BAIRD HOLM LLP
        1700 Farnam Street, Suite 1500
        Omaha, NE 68102-2068
        Phone:  402-344-0500
        Email:  hguttau@bairdholm.com
               gmartin@bairdholm.com
               lcampbell@bairdholm.com
               mroccaforte@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David Goldman
Babich Goldman, P.C.
501 SW 7th Street, Suit J
Des Moines, IA 50309
dgoldman@babichgoldman.com

Andrew T. Miltenberg
Stuart Bernstein
Adrienne Levy
363 Seventh Avenue, Fifth Floor
New York, NY 10001
amiltenberg@nmllplaw.com
abernstein@nmllplaw.com
alevy@nmllplaw.com

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None

        /s/Heidi A. Guttau

DOCS/2435065.1