IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>           Plaintiff(s),<br><br>vs.<br><br>DORDT UNIVERSITY f/k/a DORDT COLLEGE, DORDT UNIVERSITY BOARD OF TRUSTEES; HOWARD WILSON, individually and as agent for Dordt University; ROBERT TAYLOR, individually and as agent for Dordt University; DEREK BUTEYN, individually and as agent for Dordt University; and ERIN OLSON, individually and as agent for Dordt University,<br><br>           Defendant(s). | CASE NO. 19-cv-4082<br><br>**DISCLOSURE STATEMENT** |

As required by LR 7.1, Defendant Dordt University, f/k/a Dordt College, in this case, provides the following information to the court:

a. The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the outcome in the case:

    *Not applicable.*

b. With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

    *Not applicable.*

Dated this 3rd day of April, 2020.

> DORDT UNIVERSITY F/K/A DORDT COLLEGE; DORDT UNIVERSITY BOARD OF TRUSTEES; HOWARD WILSON, ROBERT TAYLOR, DEREK BUTEYN, AND ERIN OLSON, Defendants.
>
> By: /s/Heidi A. Guttau
> Heidi A. Guttau (IA #21570)
> George E. Martin III (*pro hac*)
> Leigh Campbell Joyce (*pro hac*)
> Michael J. Roccaforte (*pro hac*)
> BAIRD HOLM LLP
> 1700 Farnam Street, Suite 1500
> Omaha, NE 68102-2068
> Phone: 402-344-0500
> Email: hguttau@bairdholm.com
> gmartin@bairdholm.com
> lcampbell@bairdholm.com
> mroccaforte@bairdholm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David Goldman
Babich Goldman, P.C.
501 SW 7th Street, Suit J
Des Moines, IA 50309
dgoldman@babichgoldman.com

Andrew T. Miltenberg
Stuart Bernstein
Adrienne Levy
363 Seventh Avenue, Fifth Floor
New York, NY 10001
amiltenberg@nmllplaw.com
abernstein@nmllplaw.com
alevy@nmllplaw.com

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None

/s/Heidi A. Guttau