

Ira S. Nesenoff
Andrew T. Miltenberg
_____
Stuart Bernstein

Barbara H. Trapasso
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Kara L. Gorycki
Cindy A. Singh
Nicholas E. Lewis
Adrienne D. Levy
Ryaan Nizam
Regina M. Federico

Philip A. Byler
*Senior Litigation Counsel*
Rebecca C. Nunberg
*Counsel*
Jeffrey S. Berkowitz
*Counsel*
Marybeth Sydor
*Title IX Consultant*

**nmllplaw.com**

May 4, 2020

<u>VIA ECF</u>
Magistrate Judge Kelly Mahoney
United States District Court
Northern District of Iowa (Western Division)
U.S. District Court for the Northern District of Iowa
320 Sixth Street
Sioux City, Iowa 51101

  Re: <u>Doe v. Dordt University et al – Docket No. 5:19-cv-04082-CJW-KEM
Stipulated Proposed Protective Order</u>

Dear Magistrate Judge Mahoney,

  The undersigned represents the Plaintiff, John Doe, in the above-captioned matter, and jointly with counsel for Defendants, respectfully submits the enclosed stipulated protective order for the Court's approval.

  The parties are available for a teleconference to discuss the proposed order, should the Court so desire, at the Court's convenience.

             **Respectfully submitted,**

             **NESENOFF & MILTENBERG LLP**

             **By:** /s/
               **Adrienne Levy, Esq.**

cc: All counsel (via ECF)

[Enclosures]

**NEW YORK** | 363 Seventh Avenue | 5th Floor | New York, NY 10010 | T: 212.736.4500 | F: 212.736.2260

**BOSTON** | 101 Federal Street | 19th Floor | Boston, MA 02110 | T: 617.209.2188

Case 5:19-cv-04082-CJW-KEM   Document 26   Filed 05/04/20   Page 1 of 1