UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **JOHN DOE,** <br><br> Plaintiff, <br> **vs.** <br><br> **DORDT UNIVERSITY** f/k/a/ **DORDT COLLEGE**; **DORDT UNIVERSITY BOARD OF TRUSTEES**; **HOWARD WILSON**, individually and as agent for Dordt University; **ROBERT TAYLOR**, individually and as agent for Dordt University; **DEREK BUTEYN**, individually and as agent for Dordt University; and **ERIN OLSON**, individually and as agent for Dordt University <br><br> Defendants. | **Civil Action No: 19-cv-4082** <br><br><br> **JOINT MOTION FOR REVISED DISCOVERY ORDER** |

The undersigned counsel, respectively representing all parties in this matter, have conferred and hereby jointly request an adjustment of the discovery schedule previously ordered by the Court on April 3, 2020 (ECF No. 24). The parties have exchanged initial written discovery and have been conferring to resolve issues as they arise. However, due to the number of parties/potential witnesses, volume of relevant documents, and delays occasioned by the coronavirus pandemic, the parties seek additional time to complete discovery. Therefore, we respectfully submit the attached proposed amended discovery schedule. This is the parties' first request for adjustment of the discovery schedule; there have been no previous extensions.

Dated: September 11, 2020

Respectfully Submitted,

| **BAIRD HOLM, LLP** | **NESENOFF & MILTENBERG, LLP** |

By: __/s Heidi A. Guttau_____      By: ____/s/ Adrienne Levy_____
Heidi A. Guttau, Esq.                           Adrienne Levy, Esq.
George E. Martin III, Esq.                      363 Seventh Avenue, Fifth Floor
Leigh Campbell Joyce, Esq.                      New York, New York 10001
1700 Farnam Street, Suite 1500                  (212) 736-4500
Omaha, NE 68102-2068                            alevy@nmllplaw.com
402-344-0500
hguttau@bairdholm.com                           -and-
gmartin@bairdholm.com
lcampbell@bairdholm.com                         **BABICH GOLDMAN, P.C**.

*Attorneys for Defendants*                      By:____ /s/ David H. Goldman_____
                                                David H. Goldman, Esq.
                                                501 S.W. 7th Street, Suite J
                                                Des Moines, Iowa 50309
                                                (515) 244-4300
                                                dgoldman@babichgoldman.com

                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I electronically filed the Joint Motion for Revised Discovery Order and Exhibit 1 with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties appearing in this matter through their counsel as registered with ECF.

              /s/ Adrienne Levy