IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff<br><br>v.<br><br>DORDT UNIVERSITY,<br><br>    Defendant | No. 5:19-cv-04082-CJW-KEM<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

COMES NOW, Amy K. Davis, formerly of the law firm Babich Goldman, P.C., and moves the Court for an Order granting her permission to withdraw as counsel in the above-entitled action. Movant states that John Doe, Plaintiff, will continue to be represented in this action by Andrew Miltenberg (admitted pro hac vice), Stuart Bernstein (admitted pro hac vice), Adrienne D. Levy (admitted pro hac vice) of Nesenoff & Miltenberg, LLP, and David H. Goldman of Babich Goldman, P.C. :

        */s/ Amy K. Davis*
        Amy K. Davis  AT0010903
        Miller, Zimmerman & Evans
        535 SW 11th St, Suite 100
        Des Moines, Iowa 50309
        Telephone: (515) 809-9699
        Email: adavis@mzelaw.com

1