JOHN DOE,

        Plaintiff,

v.

DORDT UNIVERSITY f/k/a DORDT
COLLEGE; DORDT UNIVERSITY BOARD
OF TRUSTEES; HOWARD WILSON,
individually and as agent for Dordt University;
ROBERT TAYLOR, individually and as agent
for Dordt University; DEREK BUTEYN,
individually and as agent for Dordt University;
and ERIN OLSON, individually and as agent
for Dordt University,

        Defendants.

CASE NO. 19-cv-4082

**JOINT MOTION TO MODIFY**
**BRIEFING DEADLINES**

Plaintiff John Doe and Defendants Dordt University, Dordt University Board of Trustees, Howard Wilson, Robert Taylor, Derek Buteyn, and Erin Olson (collectively, the "parties") hereby respectfully move the Court for an order modifying the briefing deadlines for resisting and replying to summary judgment motions filed on March 18, 2022 pursuant to the extant scheduling order (ECF No. 40). As grounds therefore, the parties state as follows:

1. The original dispositive motion deadline for this case was June 21, 2021 (ECF No. 29).

2. On or about January 4, 2021, the parties jointly submitted a request to stay discovery and modify the Scheduling order (ECF No. 33), which the Court granted on January 5, 2021 (ECF No. 34).

3. On June 9, 2021, this Court issued a revised scheduling order (ECF No. 40), setting the deadline for dispositive motions as March 18, 2022, with a trial-ready date of August 15, 2022.

4. On the same day, the court issued an order setting the final pretrial conference for August 1, 2022 (ECF No. 41).

5.  In accordance with Local Civil Rule 56, briefing deadlines for summary judgment motions filed in accordance with the extant scheduling order would ordinarily be as follows:

      a.  Moving papers – March 18, 2022

      b.  Resistance – April 8, 2022

      c.  Reply – April 15, 2022

6.  In light of the complexity of the issues involved in this case, and certain scheduling conflicts of Plaintiff's counsel during the briefing period, the parties have conferred and hereby consent to and jointly request leave to extend the briefing deadlines as follows:

      a.  Moving papers – March 18, 2022

      b.  Resistance – April 22, 2022

      c.  Reply – May 13, 2022

WHEREFORE, pursuant to Local Civil Rule 7(j), the parties respectfully request an extension of the briefing deadlines for dispositive motions as set forth in Par. 6 herein.

[signatures on following page]

Dated this 18th day of March 2022

JOHN DOE, Plaintiff,

By:    /s/Adrienne Levy
        Adrienne Levy, Esq. (*pro hac vice)*
        NESENOFF & MILTENBERG, LLP
        363 Seventh Avenue, Fifth Floor
        New York New York 10001
        Phone:  212-736-4500
        Email:  alevy@nmllplaw.com

        And

        David H. Goldman, Esq.
        BABICH GOLDMAN, P.C.
        501 SW 7th Street, Suite J
        Des Moines, IA 50309
        Phone:  515-309-6850
        Email:  dgoldman@babichgoldman.com

DORDT UNIVERSITY F/K/A DORDT
COLLEGE; DORDT UNIVERSITY BOARD
OF TRUSTEES; HOWARD WILSON,
ROBERT TAYLOR, DEREK BUTEYN, AND
ERIN OLSON, Defendants.

By:    /s/Leigh Campbell Joyce
        Heidi A. Guttau (IA #15513)
        George E. Martin III (pro hac)
        Leigh Campbell Joyce (ICIS # AT0014791)
        Michael Roccaforte (pro hac)
        BAIRD HOLM LLP
        1700 Farnam Street, Suite 1500
        Omaha, NE  68102-2068
        Phone:  402-344-0500
        Email: hguttau@bairdholm.com
            gmartin@bairdholm.com
            lcampbell@bairdholm.com
            mroccaforte@bairdholm.com