IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>v.<br><br>DORDT UNIVERSITY f/k/a DORDT COLLEGE; DORDT UNIVERSITY BOARD OF TRUSTEES; HOWARD WILSON, individually and as agent for Dordt University; ROBERT TAYLOR, individually and as agent for Dordt University; DEREK BUTEYN, individually and as agent for Dordt University; and ERIN OLSON, individually and as agent for Dordt University,<br><br>      Defendants. | CASE NO. 19-cv-4082<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants Dordt University, Dordt University Board of Trustees, Howard Wilson, Robert Taylor, Derek Buteyn, and Erin Olson hereby identify and attach the following evidence in support of their Motion for Summary Judgment.

| Exhibit | | App. Page |
|---|---|---|
| 1. | Complaint (Non-Restricted) | 001 |
| 2. | Excerpts from Plaintiff John Doe's Response to First Set of Interrogatories (Restricted) | 097 |
| 3. | Excerpts from Deposition of Plaintiff John Doe (Restricted) | 103 |
| 4. | Excerpts from Deposition of Howard Wilson (Restricted) | 131 |
| 5. | Declaration of Howard Wilson (Restricted) | 143 |
| 6. | Excerpts from Deposition of Robert Taylor, Volume I (Restricted) | 151 |

| | | |
|---|---|---|
| 7. | Excerpts from Deposition of Robert Taylor, Volume II (Restricted) | 173 |
| 8. | Declaration of Robert Taylor (Restricted) | 178 |
| 9. | Excerpts from Deposition of Derek Buteyn (Restricted) | 183 |
| 10. | Declaration of Derek Buteyn (Non-Restricted) | 190 |
| 11. | Excerpts from Deposition of Erin Olson (Restricted) | 192 |
| 12. | Declaration of Erin Olson (Non-Restricted) | 201 |
| 13. | Excerpts from Deposition of Tony Jelsma (Restricted) | 203 |
| 14. | Excerpts from Deposition of Timothy Van Soelen (Restricted) | 208 |
| 15. | Excerpts from Deposition of Tina Lawrence (Restricted) | 222 |
| 16. | A.D. Affidavit (Restricted) | 228 |
| 17. | Police Interview Notes Excerpt (Restricted) | 233 |
| 18. | Excerpts from Transcript of A.D. Police Interview (Restricted) | 235 |
| 19. | Wilson Declaration Authenticating Title IX Summary Chart and Title IX Summary Chart (Restricted) | 243 |
| 20. | Sexual Misconduct Summary Chart (Restricted) | 247 |
| 21. | Alcohol Violation Summary Chart (Restricted) | 249 |
| 22. | 2017-2018 Dordt Student Handbook Excerpts (Non-Restricted) | 257 |
| 23. | 2017-2018 Annual Security Report Excerpts (Non-Restricted) | 292 |
| 24. | ReportIt submissions regarding Jane Roe (Restricted) | 302 |
| 25. | Jane Roe Interview Notes 1 (Restricted) | 308 |
| 26. | Jane Roe Interview Notes 2 (Restricted) | 312 |
| 27. | John Doe Interview Notes (February 9, 2018) (Restricted) | 318 |
| 28. | John Doe Interview Notes (February 12, 2018) (Restricted) | 323 |

| | | |
|---|---|---|
| 29. | J.B. Interview Notes (Restricted) | 327 |
| 30. | A.D. Interview Notes (Restricted) | 330 |
| 31. | S.S. Interview Notes (Restricted) | 335 |
| 32. | L.P. Interview Notes (Restricted) | 342 |
| 33. | February 14, 2018 Email from A.D. to Robert Taylor (Restricted) | 348 |
| 34. | Email Arranging SLC Meetings (Restricted) | 350 |
| 35. | March 13, 2018 Letters to Doe and Roe re Subpoena (Restricted) | 352 |
| 36. | Title IX Investigative Summary (Restricted) | 355 |
| 37. | Incident Review and Finding (Restricted) | 360 |
| 38. | April 4, 2018 Email Correspondence regarding Hearing (Restricted) | 365 |
| 39. | April 5, 2018 Acknowledgement of Receipt (Restricted) | 368 |
| 40. | Student Life Committee Questions (Restricted) | 371 |
| 41. | April 6, 2018 Dismissal Letter (Restricted) | 374 |
| 42. | Doe Text Messages Excerpts (Restricted) | 377 |
| 43. | Doe's Notice of Appeal (Restricted) | 386 |
| 44. | Correspondence with Doe regarding Appeal (Restricted) | 392 |
| 45. | Correspondence regarding Appeals Committee Selection (Restricted) | 407 |
| 46. | April 25, 2018 Meeting Notes (Restricted) | 432 |
| 47. | Notes re Appeals Committee Meeting (Restricted) | 436 |
| 48. | Outcome of Appeal (Restricted) | 442 |
| 49. | Transcript of April 9, 2019 Telephone Call (Restricted) | 444 |
| 50. | Transcript of April 23, 2019 Telephone Call (Restricted) | 458 |

| 51. | Proposed Statement (Restricted) | 467 |
| 52. | Correspondence with Doe regarding Readmission (Restricted) | 469 |
| 53. | Readmission Letter (Restricted) | 476 |
| 54. | Title IX Appeal Process (Restricted) | 478 |
| 55. | Training Ground Application Excerpts (Restricted) | 480 |
| 56. | 2001 Department of Education Sexual Harassment Guidance Excerpt (Non-Restricted) | 484 |
| 57. | 2017 Department of Education Question and Answer Excerpt (Non-Restricted) | 486 |
| 58. | Appeals Packet Index (Restricted) | 490 |
| 59. | Email from Taylor to Volkers re Jane Roe (Restricted) | 492 |
| 60. | Student Life Committee Meeting Notes (Restricted) | 494 |
| 61. | March 1 and March 5, 2019 Email Correspondence (Restricted) | 499 |
| 62. | March 14, 2018 Email from Wilson to Doe (Restricted) | 503 |

Dated this 18th day of March, 2022.

DORDT UNIVERSITY F/K/A DORDT COLLEGE;
DORDT UNIVERSITY BOARD OF TRUSTEES;
HOWARD WILSON, ROBERT TAYLOR, DEREK
BUTEYN, AND ERIN OLSON, Defendants,

By: /s/Leigh Campbell Joyce
Heidi A. Guttau (IA #15513)
George E. Martin III (pro hac)
Leigh Campbell Joyce (ICIS # AT0014791)
Michael Roccaforte (pro hac)
of  BAIRD HOLM LLP
1700 Farnam Street
Suite 1500
Omaha, NE  68102-2068
Phone:  402-344-0500
Email:  hguttau@bairdholm.com
gmartin@bairdholm.com
lcampbell@bairdholm.com
mroccaforte@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David Goldman
Babich Goldman, P.C.
501 SW 7th Street, Suite J
Des Moines, IA 50309
dgoldman@babichgoldman.com

Andrew T. Miltenberg
Stuart Bernstein
Adrienne Levy
363 Seventh Avenue, Fifth Floor
New York, NY 10001
amiltenberg@nmllplaw.com
abernstein@nmllplaw.com
alevy@nmllplaw.com

/s/Leigh Campbell Joyce

DOCS/2776854.3