EXHIBIT 10

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>DORDT UNIVERSITY f/k/a DORDT COLLEGE; DORDT UNIVERSITY BOARD OF TRUSTEES; HOWARD WILSON, individually and as agent for Dordt University; ROBERT TAYLOR, individually and as agent for Dordt University; DEREK BUTEYN, individually and as agent for Dordt University; and ERIN OLSON, individually and as agent for Dordt University,<br><br>    Defendants. | CASE NO. 19-cv-4082<br><br>**DECLARATION OF DEREK BUTEYN** |

I, Derek Buteyn, hereby depose and state as follows:

1. I am over 21 years of age and have personal knowledge of the matters set forth in this Declaration.

2. I am the Director of Residence Life and a member of the Student Life Committee for Dordt University f/k/a Dordt College ("Dordt"). I served as a certified Title IX Investigator during Doe's Title IX proceedings.

3. I did not draft the language of the Annual Security Report published on Dordt's website.

*[Remainder of page intentionally left blank]*

*I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of March, 2022.*

Derek Buteyn
Director of Residence Life
Dordt University