EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

---

JOHN DOE,

    Plaintiff,

v.

DORDT UNIVERSITY f/k/a DORDT COLLEGE; DORDT UNIVERSITY BOARD OF TRUSTEES; HOWARD WILSON, individually and as agent for Dordt University; ROBERT TAYLOR, individually and as agent for Dordt University; DEREK BUTEYN, individually and as agent for Dordt University; and ERIN OLSON, individually and as agent for Dordt University,

    Defendants.

CASE NO. 19-cv-4082

**DECLARATION OF ERIN OLSON**

---

I, Erin Olson, hereby depose and state as follows:

1. I am over 21 years of age and have personal knowledge of the matters set forth in this Declaration.

2. I am a Professor of Social Work and the Chair of the Student Life Committee for Dordt University f/k/a Dordt College ("Dordt"). I served as a certified Title IX Investigator during Doe's Title IX proceedings.

3. I did not draft the language of the Annual Security Report published on Dordt's website.

*[Remainder of page intentionally left blank]*

*I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of March, 2022.*

_____
Erin Olson
Professor of Social Work
Dordt University