EXHIBIT
22

# Student Handbook



## Dordt College

November 2017

# Table of Contents

Overview ........................................................................................................................................... 7

   DORDT COLLEGE MISSION STATEMENT ...................................................................................... 7

Living in Christian Community .......................................................................................................... 8

   THE DORDT COLLEGE COMMUNITY ........................................................................................... 8

   RESPONSIBILITIES OF MEMBERSHIP IN THE COMMUNITY ......................................................... 8

General Information ......................................................................................................................... 9

   ACADEMIC ASSISTANCE .............................................................................................................. 9

   ACADEMIC STANDING AND ELIGIBILITY FOR FINANCIAL AID ..................................................... 9

      Academic Alert. .................................................................................................................... 9

      Academic Probation. ............................................................................................................ 9

      Academic Suspension. ....................................................................................................... 10

      Academic Dismissal. .......................................................................................................... 10

   ACADEMIC INTEGRITY ............................................................................................................... 11

      Academic Dishonesty. ....................................................................................................... 11

   ATTENDANCE ............................................................................................................................ 12

   BUILDINGS AND EQUIPMENT ................................................................................................... 12

   BULLETIN BOARDS ..................................................................................................................... 13

   CLUBS AND STUDENT ORGANIZATIONS .................................................................................... 13

   COMPLAINTS REGARDING INSTRUCTION ................................................................................. 13

   EMPLOYMENT ........................................................................................................................... 13

   FOOD SERVICE ........................................................................................................................... 14

   FUNDRAISING ............................................................................................................................ 15

   GRADE CHANGE POLICY* ........................................................................................................... 15

   HEALTH CARE/CAMPUS HEALTH SERVICES ............................................................................... 15

   IMMUNIZATIONS ...................................................................................................................... 16

   INSTRUCTOR PROCEDURES FOR THE UNCOOPERATIVE STUDENT ............................................ 16

   INSURANCE ................................................................................................................................ 17

   INTERNATIONAL AND MINORITY STUDENTS ............................................................................ 17

   LIBRARY ..................................................................................................................................... 17

   MAIL .......................................................................................................................................... 18

   MOTOR VEHICLES ..................................................................................................................... 18

      Vehicle Registration .......................................................................................................... 18

DORDT0522

Parking Fines ........................................................................................................................... 19

Vehicle Restraint Policy ........................................................................................................... 20

Towing Policy ........................................................................................................................... 20

Parking Appeals Process ........................................................................................................... 20

Winter Parking and Snow Removal ........................................................................................... 20

Vehicle Plug Ins ........................................................................................................................ 21

Parking Suggestions ................................................................................................................. 21

NONDISCRIMINATION POLICY ......................................................................................................... 21

NOTICE OF ACCESSIBILITY FOR STUDENTS WITH DISABILITIES .................................................... 21

OFF-CAMPUS PROGRAMS .................................................................................................................. 22

RECREATION FACILITIES .................................................................................................................... 22

REPORTING SEXUAL ASSAULTS ........................................................................................................ 23

Resources ................................................................................................................................. 23

SECURITY POLICIES AND STATISTICS ............................................................................................... 32

SEXUAL STANDARDS AND CONDUCT POLICY ................................................................................. 33

ANTI-HARASSMENT .......................................................................................................................... 33

SOLICITING ....................................................................................................................................... 34

STUDENT ATTIRE .............................................................................................................................. 34

STUDENT DIRECTORY INFORMATION .............................................................................................. 34

STUDENT PUBLICATIONS .................................................................................................................. 35

STUDENT RECORD PRIVACY AND ACCESS POLICY ........................................................................... 35

STUDENT SYMPOSIUM ...................................................................................................................... 36

TAXI SERVICE .................................................................................................................................... 36

TESTING POLICIES ............................................................................................................................. 36

TORNADO AND SEVERE WEATHER PRECAUTIONS .......................................................................... 37

TRANSPORTATION ............................................................................................................................. 39

UNCOOPERATIVE STUDENT ............................................................................................................. 39

WITHDRAWAL POLICY ...................................................................................................................... 40

Medical Withdrawal ................................................................................................................. 40

Involuntary Leave .................................................................................................................... 41

WORSHIP OPPORTUNITIES AND SUNDAY OBSERVANCE ................................................................ 42

Student Life ............................................................................................................................................. 44

APARTMENT LIVING ......................................................................................................................... 44

DORDT0523

AUDIO EQUIPMENT ........................................................................................................................44

BICYCLES.....................................................................................................................................44

CHECK-OUT PROCEDURE ..............................................................................................................44

COOKING .....................................................................................................................................45

ELECTRICAL APPLIANCES...............................................................................................................45

FIREARMS/HUNTING EQUIPMENT .................................................................................................45

FIRE EMERGENCY PROCEDURES ....................................................................................................45

GUESTS........................................................................................................................................45

KEYS.............................................................................................................................................45

LAUNDRY FACILITIES ....................................................................................................................45

LOUNGE USE ...............................................................................................................................46

NOISE ..........................................................................................................................................46

NON-COMPLIANCE .......................................................................................................................46

OUTDOOR GROUNDS USE ............................................................................................................46

RECYCLING ..................................................................................................................................46

REFRIGERATORS...........................................................................................................................46

RESIDENCE HALL DOORS...............................................................................................................47

RESIDENCY POLICY .......................................................................................................................47

ROLLERBLADES, SKATEBOARDS, AND SCOOTERS ...........................................................................47

ROOM CARE/DAMAGE ..................................................................................................................47

ROOM CHANGES..........................................................................................................................48

ROOM DECORATIONS ...................................................................................................................48

ROOM FURNISHINGS ....................................................................................................................48

SCREENS AND WINDOWS .............................................................................................................48

SIGNS...........................................................................................................................................48

RESIDENCE LIFE STAFF ..................................................................................................................48

ROOM CONDITION REPORT ..........................................................................................................49

TELEPHONES ................................................................................................................................49

TELEVISIONS.................................................................................................................................49

VISITATION ..................................................................................................................................49

WAIVER OF PRIVACY ....................................................................................................................50

Student Code of Conduct ............................................................................................................51

GENERAL DEFINITIONS AND STANDARDS.....................................................................................51

DORDT0524

PROHIBITED CONDUCT ..................................................................................................... 53

    Misuse of Alcoholic Beverages and Controlled Substances........................................... 53

    Assault, Injury, and Threat ............................................................................................ 54

    Bribery and Extortion .................................................................................................... 54

    Contempt ...................................................................................................................... 54

    Disruption of Rights ...................................................................................................... 55

    Gambling ...................................................................................................................... 55

    Harassment, Sexual Harassment, and Racial and Ethnic Harassment............................ 55

    Hazing........................................................................................................................... 56

    Misuse of Computers .................................................................................................... 56

    Misuse of Identification and Falsification ...................................................................... 57

    Misuse of Keys or Access Cards .................................................................................... 57

    Sexual Misconduct, Including Sexual Assault and Sexual Harassment ........................... 57

    Theft or Damage to Property or Services ...................................................................... 61

    Unlawful Entry or Trespassing ...................................................................................... 61

    Possession or Misuse of Weapons................................................................................ 61

    Violation of Any Local, State, or Federal Law ................................................................ 62

    Indecent Exposure ........................................................................................................ 62

    Study Abroad Regulations ............................................................................................. 62

    Fire or Safety Violations................................................................................................ 62

    Circuit Breakers............................................................................................................. 63

    Endangerment .............................................................................................................. 63

    Disrespect of Authority ................................................................................................. 63

    Pets............................................................................................................................... 63

    Pornography.................................................................................................................. 63

    Profanity....................................................................................................................... 63

    Smoking........................................................................................................................ 64

    Domestic Violence ........................................................................................................ 64

    Dating Violence ............................................................................................................ 64

    Stalking......................................................................................................................... 64

    SANCTIONS.................................................................................................................... 64

Drug Testing Policy.............................................................................................................. 67

Missing Student Policy and Procedure ................................................................................. 68

5

DORDT0525

Eating Disorders ......................................................................................................................... 70

STATEMENT OF CARE FOR STUDENTS WITH EATING DISORDERS ......................................... 70

MINIMAL HEALTH STANDARDS: GUIDELINES FOR DETERMINING RISK ................................. 70

6

DORDT0526

# Overview

Dordt College is a community of Christians that strives to grow and mature in the knowledge and understanding of God and his creation. This happens inside and outside the classroom.

## DORDT COLLEGE MISSION STATEMENT

As an institution of higher education committed to the Reformed Christian perspective, Dordt College equips students, alumni, and the broader community to work effectively toward Christ-centered renewal in all aspects of contemporary life.

We carry out our educational task by:

- Developing a biblical understanding of creation and culture
- Discerning the pervasive effects of sin throughout our world
- Celebrating and proclaiming the redemptive rule of Christ over all of life and all of creation
- Nurturing a commitment for challenging the forces that distort God's good creation and all of human activity
- Offering academic programs, maintaining institutional practices, and conducting social activities in a visionary, integrated, biblically informed manner
- Fostering a climate in which discipleship becomes a practiced way of life both on and off campus

The mission of Student Services is to nurture a vital Christian learning community that seeks to develop wisdom according to the mind and character of Christ.

This handbook helps give direction via information and policies for the Dordt College community. All students are responsible for being aware of the information and policies in this handbook and, by virtue of their decision to attend Dordt College, have agreed to obey these policies. Students are encouraged to read it thoroughly and contact any member of Student Services with questions.

DORDT0527

# Living in Christian Community

**THE DORDT COLLEGE COMMUNITY**

At Dordt College we attempt to be a community of people dedicated to growing in the knowledge of God, Father, Son, and Holy Spirit, and of his creation. We seek to apply this knowledge in each person's life as well as in the area of his or her chosen career. In other words, we seek to serve as well as to prepare for service in the kingdom of Jesus Christ.

Because the majority of Dordt students live on or near campus, Dordt is able to offer each person the experience of functioning as part of a unique community. While Dordt is a community of persons, it is more importantly a community of Christians. Thus, it seeks to model itself after the believing community which is described in Acts 2:42-47 as working together, praising God always, and constantly looking out for the needs of the rest of the community.

In addition we are exhorted to "...be likeminded, having the same love, being one in spirit and purpose. Do nothing out of selfish ambition or vain conceit, but in humility consider others better than yourselves. Each of you should look not only to your own interest, but also to the interests of others. Your attitude should be the same as that of Christ Jesus." Phil. 2:2-5 NIV

In the spirit of these commands, Dordt assumes that all present and potential students will prayerfully consider that their responsibility involves seeking and upholding standards and behavior that enhance the welfare and best interests of the whole group. With the diverse needs of the many individuals that make up the Dordt College community in mind, certain behavioral standards have been developed. While only faith in Jesus Christ can provide the basis for our relationship to God, these standards have been adopted to promote both the growth and the testimony of our community.

**RESPONSIBILITIES OF MEMBERSHIP IN THE COMMUNITY**

As a Christian college dedicated to the task of providing an education which is in accordance with the Word of God, Dordt strives to establish an environment that is conducive to the spiritual development and welfare of its students. Dordt College desires to have students who are men and women committed to Biblical-Christian principles of life.

The faculty, staff, and students at Dordt College constitute a Christian community in which all must seek to speak the truth in love as brothers and sisters in the Lord. Faculty, staff, and students should admonish and encourage one another unto lives of faithful obedience to him (Matt. 18:15-17). It is expected that students will strive to obey the Lord's teaching in every area of their lives on campus and off campus. Students who do not share this Christian view of life may not be in a position to appreciate Dordt College's educational experience. Students who come to Dordt should be fully prepared to abide by Christian standards and the policies adopted by the college.

With the above principles in mind, Dordt assumes that students will prayerfully comply with the guidelines listed in this handbook.

DORDT0528

of safely and efficiently clearing the lot. Please remind your guests that they need to park in Lot 17 or 18 if they plan to be on campus after midnight.

**Vehicle Plug Ins**

A limited number of plug-ins for use during cold weather is available at the south end of 17 on or before November 1 of each year. Students can pick up a diesel parking permit at no cost in the student services office. Any student found making use of the plug-in or parking in the plug-in spaces without the appropriate permit will be ticketed.

**Parking Suggestions**

Suggestions to improve the parking system on the campus are welcome by student services. Any suggestions should be directed to the dean of students or your symposium representative.

## NONDISCRIMINATION POLICY

Dordt College is committed to nondiscrimination on the basis of age, color, disability, gender, national or ethnic origin, or race in the administration of its admissions, education, and employment policies as consistent with the requirements of the Age Discrimination in Employment Act of 1967, Title VI of the Civil Rights Act of 1964, Title IX of the 1972 Education Amendments, Section 504 of the Vocational Rehabilitation Act of 1973 and the Iowa Civil Rights Act of 1965. Inquiries concerning compliance should be directed to Howard Wilson, vice president and chief administrative officer, who serves as Dordt College's Title IX coordinator and Section 504 compliance officer. His office is located in the Campus Center (number 223), and he can be reached at 712-722-6007 (office) and 712-539-9559 (cell).

## NOTICE OF ACCESSIBILITY FOR STUDENTS WITH DISABILITIES

Dordt College is committed to offering equal access to people with disabilities. In compliance with Section 504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act of 1990 (ADA), Dordt does not exclude otherwise qualified persons with disabilities, solely by reason of the disability, nor are persons with disabilities denied the benefits of these programs or subjected to discrimination. Equal access includes the accessibility of programs or activities and the learning environment.

Although certain facilities are not fully accessible to people with disabilities, Dordt College does adhere to the accessibility standard for existing facilities which states that the recipient's program or activity, when reviewed in its entirety, must be readily accessible to people with disabilities. Dordt College may meet this standard through such means as reassignment of classes or other services to accessible locations, redesigning of equipment, assignment of aides, alteration of existing facilities, and construction of new accessible facilities. Dordt College is not required to make structural changes in facilities where other methods are sufficient to comply with the accessibility standard described above.

The student with a disability is responsible for contacting the coordinator of services for students with disabilities (CSSD) in order to initiate services (712-722-6490). This contact should be made six months before the start of the semester of admission or as early as possible to ensure the accessibility of classrooms and housing and the availability of auxiliary aids. Students will be asked to provide appropriate documentation of the disability. On the basis of the documentation, reasonable accommodations needed to offer equal access are implemented on a case by case basis; therefore, the documentation is most useful if it is no more than three years old.

DORDT0541

activities, track meets, or team practices. Hours for holidays and break periods will be posted at the Recreation Center.

The All Seasons Center is available for swimming and ice skating. Sand volleyball courts and tennis courts are located in Open Space Park near the All Seasons Center. A bike trail is available to students, with access behind Covenant Hall. An 18-hole golf course is available to students for a reduced fee. Recreational equipment can be checked out from the front desk in the Recreation Center.

## REPORTING SEXUAL ASSAULTS

Information you should know if you or someone you know is a victim of sexual assault

### Resources

*Confidential Resources*

- Northwest Iowa Sexual Assault Response Team (SART: Provides victims with an advocate who is trained to assist victims of sexual misconduct and can speak with students confidentially as they process through their experience and consider their options.
- Dordt College Counseling Services (Campus Health 712-722-6990) Students can meet with a confidential mental health counselor.
- Sioux Center Medical Clinic (712-722-2609)
- CAASA: Center Against Abuse and Sexual Assault (712-722-4404)

*Campus Resources*

- Student Services (712-722-6076): Staff can assist a student in filing formal complaints or, if the student does not want to file a formal complaint, the staff can work with the student to address concerns over housing, class assignments or schedules, leaves of absence, withdrawal or other academic concerns. The office staff can also assist the student in notifying the Sioux Center Police Department, if the student so requests.
- Sioux Center Police Department (712-722-0761): Contacting the SCPD does not mean a student must pursue criminal charges. SCPD can advise students of their options, help preserve evidence while they consider options, and assist students in safety planning.
- Title IX Coordinator (712-722-6011): The college has designated Sue Droog, Director of Human Resources, to handle inquiries regarding non-discrimination and harassment policies. Questions or concerns can be directed to 712-722-6011 or in person at the Human Resources Office.
- Deputy Title IX Coordinator : Robert Taylor, Dean of Students, 712-722-6076

*Community Resources*

- Sioux Center Police Department (712-722-0761)
- Sioux County Sheriff's Office (712-737-2280)
- Sioux County Attorney's Office (712-737-2457)

23

DORDT0543

- Victim Assistance Program (712-737-2457)
- CAASA: Center Against Abuse and Sexual Assault (712-722-4404)

## Did You Know?

1. The community has a sexual assault response team

The Northwest Iowa Sexual Assault Response Team's goal is to increase reporting and increase successful prosecution and not retraumatize the victim. To assist victims, SART has female sexual assault nurse examiners at Hegg Memorial Health Center in Rock Valley, Sioux Center Community Hospital, Orange City Area Health System and Sanford Rock Rapids Medical Center. The process can be enacted 24 hours a day, seven days a week by calling 1-800-382-5603

2. Off-campus assaults are covered by college policy

### Jurisdiction

According to the Dordt College Student Handbook, this policy shall cover both on-campus and off-campus conduct, as those terms are described below.

On-Campus Violations: The campus includes the geographic confines of the college, including its land, institutional roads and buildings, its leased premises, common areas at leased premises, the property, facilities and leased premises of organizations affiliated with the college. College housing includes all types of college residence housing such as halls and apartments.

Off-Campus Violations: Students should be aware that off campus violations that affect a clear and distinct interest of the college are subject to disciplinary sanctions. As examples, sexual misconduct and harassment are within the college's interests when the behavior:

- Involves conduct directed at or by a college student or other member of the college community
- Occurs during college-sponsored events (e.g., field trips, social or educational functions, college-related travel, student recruitment activities, internships and service learning experiences)
- Occurs during the events of organizations affiliated with the college, including the events of student organizations
- Occurs during a Study Abroad Program or other international travel
- Poses a disruption or threat to the college community.

3. Some resources are confidential

CONFIDENTIAL: Under Iowa law, communications with some individuals are confidential. This means that any information shared by the victim/survivor with a specific individual will not be used against him or her in court or shared with others. This individual cannot be subpoenaed to testify against the victim/survivor in a court of law.

24

DORDT0544

Students should always confirm whether confidentiality applies to the communication. Generally, confidentiality applies when a student seeks services from the following persons:

- CAASA advocate
- Psychological counselor (including counselors at the Dordt College Counseling Center)
- Health care provider (including medical professionals at Campus Health)
- Personal attorney
- Religious/spiritual counselor

PRIVATE: Dordt College is committed to creating an environment that encourages students to come forward if they have experienced any form of sexual misconduct. The college will safeguard the identities of the students who seek help or who report sexual misconduct. That is, college employees will seek to keep the information private (other than a counselor or medical provider).

A college employee cannot guarantee complete confidentiality, but the individual can guarantee privacy. Information is disclosed only to select officials who have an essential need to know in order to carry out their college responsibilities. As is the case with any educational institution, the college must balance the needs of the individual student with its obligation to protect the safety and well-being of the community at large. Therefore, depending on the seriousness of the alleged incident, further action may be necessary, including a campus security alert. The alert, however, would never contain any information identifying the student who brought the complaint.

4. Dordt College can help with housing changes or class conflicts after an assault

The Dean of Students can assist a student in filing formal complaints or, if the student is not ready to file a formal complaint, the staff can work with him or her to address concerns over housing, class assignments or schedules, leaves of absence, withdrawal or other academic concerns. The office staff can also assist the student in notifying local law enforcement, if the student so requests.

5. Victims or witnesses who used alcohol/drugs should not be afraid to report the assault.

Students are strongly encouraged to report incidents of, or share information about, sexual misconduct as soon as possible. This is true even if the student with a complaint or a witness may have concern that his or her own alcohol or drug use, or other prohibited activity were involved. The Office of Student Services will not pursue disciplinary violations against a student with a complaint or a witness for his or her improper use of alcohol or drugs if the student is making a good faith report of sexual misconduct.

**FAQs**

1. If I share information about a sexual assault, what is the difference between confidentiality and privacy?

25

DORDT0545

CONFIDENTIAL: Under Iowa law, communications with some individuals are confidential. This means that any information shared by the victim/survivor with a specific individual will not be used against him or her in court or shared with others. This individual cannot be subpoenaed to testify against the victim/survivor in a court of law.

Students should always confirm whether confidentiality applies to the communication. Generally, confidentiality applies when a student seeks services from the following persons:

- CAASA advocate
- Psychological counselor (including counselors at the Dordt College Counseling Center)
- Health care provider (including medical professionals at Campus Health)
- Personal attorney
- Religious/spiritual counselor

PRIVATE: Dordt College is committed to creating an environment that encourages students to come forward if they have experienced any form of sexual misconduct. The college will safeguard the identities of the students who seek help or who report sexual misconduct. That is, college employees will seek to keep the information private (other than a counselor or medical provider).

A college employee cannot guarantee complete confidentiality, but the individual can guarantee privacy. Information is disclosed only to select officials who have an essential need to know in order to carry out their college responsibilities. As is the case with any educational institution, the college must balance the needs of the individual student with its obligation to protect the safety and well-being of the community at large. Therefore, depending on the seriousness of the alleged incident, further action may be necessary, including a campus security alert. The alert, however, would never contain any information identifying the student who brought the complaint.

2. What options do I have for reporting sexual misconduct?

In addition to supporting individual students affected by sexual misconduct, the college takes all incidents seriously and has a responsibility to address misconduct. When sexual misconduct involves criminal behavior, students are strongly encouraged to report the situation to law enforcement. Student Services will assist the student in notifying local law enforcement if the student so requests. An incident can be reported even if the student has not decided whether to take legal action. Nonetheless, students are always free to report and are encouraged to share instances of such behavior with the Dean of Students (contact information below) regardless of whether or not they choose to press formal criminal charges with law enforcement.

Students are strongly encouraged to report incidents of, or share information about, sexual misconduct as soon as possible. This is true even if the student with a complaint or a witness may have concern that his or her own alcohol or drug use, or other prohibited activity were involved. The Office of Student

26

DORDT0546

Services will not pursue disciplinary violations against a student with a complaint or a witness for his or her improper use of alcohol or drugs if the student is making a good faith report of sexual misconduct.

The college can take action only if the college is made aware of the behavior. If a college administrator becomes aware of a complaint or other violation of this policy, the administrator should bring the information to the Dean of Students so that concerns are heard and services can be offered to the affected students.

The college strongly encourages prompt reporting of complaints and information rather than risking any student's well-being. Although there is no time limit on the reporting of formal charges with the college, the college may ultimately be unable to adequately investigate if too much time has passed or if the accused student has graduated. Factors that could negatively affect the college's ability to investigate include the loss of physical evidence (e.g., prompt medical examinations are critical to preserving the physical evidence of sexual assault), the potential departure of witnesses, or loss of memory.

The college strongly encourages students to report concerns to either or both of the following offices:

- For emergencies, contact 911. For non-emergencies, or if criminal behavior is involved, students are encouraged to contact Sioux Center Police Department at 712-722-0761. Contacting the Sioux Center Police Department does not mean you must pursue charges. SCPD can advise you of your options and can also preserve evidence while you consider your options.

- To seek assistance and support, or to report misconduct, contact the Dean of Students (Campus Center, 712-722-6076).

- In all situations, the college's goal is to treat the student who reports misconduct with sensitivity and fairness, while also ensuring the accused individual receives due process if any disciplinary action is to be imposed.

- The Dean of Students will make a student services staff member available to a student with a complaint if the student would like assistance throughout any college investigation or adjudication process. This staff member is not an "advocate" as that term is used below (see "Confidential Advocacy and Support"), nor is that staff person a representative who will speak on behalf of the student in any investigatory or adjudication process. Rather, the staff member serves as a point of contact to answer questions and explain processes, join the student in meetings, and make sure the student's expressed needs are being addressed.

- For complaints against other students, the Student Handbook shall govern the complaint, investigation, and adjudication process.

- For complaints against faculty or staff, the investigation and adjudication may ultimately occur through the Office of Human Resources.

- In situations where an accused student faces both a disciplinary complaint and a criminal charge, the college reserves the right to move forward with the

DORDT0547

disciplinary investigative and adjudication process at the same time the criminal process is proceeding.

3. What are the benefits of reporting a sexual assault to the police?

Contacting the Sioux Center Police Department does not mean you must pursue charges. SCPD can advise you of your options and can also preserve evidence while you consider your options. SCPD can also advise you on safety planning techniques.

4. What if I'm an employee at the college and I have become aware of an incident of sexual misconduct?

For Employees: Suggested Steps if you learn someone has been sexually assaulted

As a member of the Dordt College community, you may be called upon to provide support to a victim of sexual assault and to refer this person to professional resources. These steps are designed to help you best support and inform someone of the resources available to assist with the person's physical and emotional needs.

Some things to remember about your conversation with this person:

*Share the following information*

Assistance can be obtained 24 hours a day, 7 days a week from:

CAASA: Center Against Abuse and Sexual Assault
712-722-4404

Sioux Center Hospital
712-722-1271

Sioux Center Police Department
911 from a campus phone or 712-722-0761

Promise Community Health Center
712-722-1700

*Other Resources*

Student Services
712-722-6076

Student Counseling Center
712-722-6990

Campus Health
712-722-6990

28

DORDT0548

- Recognize that it can be an enormous step for someone to talk with another person about a sexual assault and that this person has placed trust in you by revealing the experience. That being said, remember that you are not a counselor, an investigator, or a state-certified victim advocate. Acknowledge the boundaries on your relationship with this person while helping her or him access the resources and assistance that can offer the best support and care.

- Given the trust the person has placed in you, please respect the person's privacy. Do not share the person's experience with others except for the Dean of Students, as explained below.

- Believe the person, support the person's choices, and refer the person to the appropriate resources listed below.

- You can assure the person that no records or reports of sexual assault are kept in the victim's permanent academic or personnel records.

- Finally, in addition to the resources available to the person, there are also resources available to you as an employee. If you feel you need to talk to someone about the impact of this situation for yourself personally, you can contact the Employee Assistance Program.

- Let the person know she or he can contact the CAASA: Center Against Abuse and Sexual Assault to speak with a confidential, state-certified victim advocate who is trained to work specifically with victims of sexual assault. The advocate can explain all of the options available to the person and also support the person through any of the next steps, which may include counseling, medical, college disciplinary processes, or law enforcement notification. If possible, offer the person the use of your phone and a private space to make the call.

- Let the person know there are other resources in addition to the advocate. Again, if possible, offer the person the use of your phone and a private space to make the call, or offer to walk with the person to any of the on-campus offices.

Medical Services: the person may want to seek confidential medical attention to care for her or himself or to preserve evidence of the assault in the event criminal charges might be contemplated later. In Iowa, these exams are free.

Confidential medical care only

1. Campus Health
2. Sioux Center Medical Clinic
3. Sioux Center Hospital
4. Promise Community Health Center

Preservation of evidence through forensic exam

1. Sioux Center Medical Clinic
2. Sioux Center Hospital

Counseling Services: the person may want to speak with a professional counselor in a confidential setting.

1. Student Counseling Center (for students)

29

DORDT0549

2. Employee Assistance Program (for employees)

Law Enforcement: the person may wish to contact law enforcement even if the person has not decided whether to pursue criminal charges. Police can advise the person of options, help preserve evidence while the victim considers those options, and assist in safety planning and consideration. Contacting law enforcement does not mean the person must pursue criminal charges.

Sioux Center Police Department

Dean of Students: a student can speak with the Dean of Students or Student Services staff for any of the following matters:

1. Assistance with classes or housing
2. Information about interim steps to protect the student or campus
3. Information about the student disciplinary process
4. Additional services or resources on campus or in the community

- Let the person know that you need to disclose the assault to the Dean of Students for purposes of complying with the Clery Act (a federal law requiring that campuses report and track crime statistics). This disclosure can be as broad or narrow as the person wants -- you do not need to disclose the name of the person you are meeting with if that person does not give permission to do so. In that case, simply report as much about the assault as you can (date, location) without identifying the person. To notify the Student Services Office, call 712-722-6076.

- Let the person know about the Sexual Misconduct webpage -- consider showing the person the web page in your office and printing off a copy. The webpage has many resources and other helpful information for a person who has experienced a sexual assault.

- Let the person know you believe and support her or him, and that you hope they will take some steps to help and care for her or himself.

5. Why am I encouraged to report an incident of sexual misconduct to Student Services?

The Dean of Students can assist a student in filing formal complaints or, if the student does not want to file a formal complaint, the staff can work with the student to address concerns over housing, class assignments or schedules, leaves of absence, withdrawal or other academic concerns. The office staff can also assist the student in notifying local law enforcement, if the student so requests.

The Student Services Office will make a student services staff member available to a student with a complaint if the student would like assistance throughout any college investigation or adjudication process. This staff member serves as a point of contact to answer questions and explain processes, join the student in meetings, and make sure the student's expressed needs are being addressed. This staff member is not an "advocate" (as described in the sexual misconduct policy) nor is that staff person a representative who will speak on behalf of the student in any investigatory or adjudication process.

30

DORDT0550

In all situations, the college's goal is to treat the student who reports misconduct with sensitivity and fairness, while also ensuring the accused individual receives fair treatment if any disciplinary action is to be imposed.

The Student Services Office and Sioux Center Police Department may take immediate interim actions to protect the safety of the college community, to enable students with complaints and witnesses to continue studies, and to ensure the integrity of an investigation. These actions may include:

To seek assistance and support, or to report misconduct, contact Student Services (Campus Center, 712-722-6076).

- Interim suspension of the accused student
- No-contact notices
- Modifying class or work schedules
- Making alternate housing arrangements
- Addressing other academic concerns (e.g., absences, assignments, grades, leaves of absence, withdrawal)

6. Should I report a sexual assault if I was drinking underage when it occurred?

Students are strongly encouraged to report incidents of, or share information about, sexual misconduct as soon as possible. This is true even if the student with a complaint or a witness may have concern that his or her own alcohol or drug use, or other prohibited activity were involved. The Student Services Office will not pursue disciplinary violations against a student with a complaint or a witness for his or her improper use of alcohol or drugs if the student is making a good faith report of sexual misconduct.

7. Does it make a difference if the sexual misconduct occurs on or off campus?

No. According to the Student Handbook, the sexual misconduct, sexual assault, and sexual harassment policy covers both on-campus and off-campus conduct, as those terms are described below.

On-Campus Violations: The campus includes the geographic confines of the college, including its land, institutional roads and buildings, its leased premises, common areas at leased premises, the property, facilities and leased premises of organizations affiliated with the college.

Off-Campus Violations: Students should be aware that off campus violations that affect a clear and distinct interest of the college are subject to disciplinary sanctions. As examples, sexual misconduct and harassment are within the college's interests when the behavior:

- Involves conduct directed at or by a college student or other member of the college community

31

DORDT0551

- Occurs during college-sponsored events (e.g., field trips, social or educational functions, college-related travel, student recruitment activities, internships and service learning experiences)
- Occurs during the events of organizations affiliated with the college, including the events of student organizations
- Occurs during a Study Abroad Program or other international travel
- Poses a disruption or threat to the college community.

8. Why should I seek medical attention when I haven't decided whether I want to report the assault to the police or the college?

Seeking medical attention can help you in many ways. First, seeking medical attention can help you take care of your own health by checking for injuries, treating those injuries, and addressing the possibility of sexually transmitted infections.

Second, a forensic medical exam can preserve evidence of the assault. This is important even if you are currently undecided about your next steps because you may later decide to pursue criminal charges or college disciplinary charges - that evidence can help in both situations. A medical exam is not, however, required before pursuing criminal or college disciplinary charges.

In Iowa, initial medical exams are free for a person who has been sexually assaulted.

9. Where can I find information about Dordt College and crime statistics?

View Crime Statistics

## SECURITY POLICIES AND STATISTICS

The following information is provided to encourage safety and security on campus. Also, for your knowledge and awareness, a list of crime statistics is provided which reflects crimes specified in the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act.

### Procedures for Reporting Criminal Activity

1. Reporting Criminal Activity in Progress. Though the seriousness of the situation and the urgency of response must be determined by the caller, do not hesitate to request maximum and immediate help by calling 911. Criminal activity may also be reported by calling the following:
   1. Sioux Center Police (M-F, 8 a.m. to 5 p.m.) (712) 722-0761; (nights, weekends, holidays) (712) 737-2280
   2. Campus security (8 p.m. to 7 a.m.) (712) 722-6116
   3. Student Services (8 a.m. to 5 p.m.) (712) 722-6070
   4. Switchboard (7 a.m. to 10 p.m.) (712) 722-6000
   5. The residence life staff in your residence hall. Inform your RA as soon as possible of any criminal activity you have reported.
2. Reporting Completed Acts of Criminal Activity.

32

DORDT0552

Incidents of personal assault/injury, theft, vandalism, accidents, etc., should be reported by calling 911 if immediate medical or safety concerns need to be met. Otherwise, notify your RA or CDA or student services to file a report. The college will either handle the situation internally or will inform the Sioux Center Police and request their assistance. The victim of the crime will be informed of the college's action and may always pursue direct police involvement.

## SEXUAL STANDARDS AND CONDUCT POLICY

Dordt College is committed to maintaining an environment where employees and students abide by biblical injunctions and admonitions regarding sexual activity, and refrain from sexual immorality. Although it is understood that a person's desire for sexual intimacy is a natural and powerful characteristic in human nature, it is the college's position, based on its biblical beliefs, that the only appropriate and permissible context in which sexual intimacy may be expressed as overt sexual activity is within the bonds of the marriage covenant between a man and a woman. All members of the college community are expected to live in accord with this understanding of sexual activity.

The Bible encourages Christians to maintain a loving and supportive attitude toward each other and mutual respect for members of the opposite sex. It also encourages loving and supportive attitudes toward those who struggle with sexual issues. The college will strive to work in a counseling context with individuals who struggle with appropriate sexual conduct, relationships, and issues. The college may determine, however, that sexual activity outside of the marriage covenant, sexual activity with someone other than one's spouse, sexual activity with someone of the same gender, promoting or advocating sexually immoral activity, or sexual harassment and other inappropriate conduct should result in an employee's discharge or a student's dismissal.

All students and employees are responsible to abide by the college's Sexual Standards and Conduct Policy. If an individual questions his or her ability to do so, that person should speak to an appropriate college official to receive guidance and/or instruction. The dean of chapel, counseling staff, and other staff members acting in the capacity of professional counselor are available to discuss any of these issues.

### Prohibited Sexual Activity

Based upon its biblical beliefs, the college specifically prohibits the following types of sexual activity (These prohibitions do not restrict members of various academic disciplines, including students, faculty, and staff, from discussing or examining, in the educational context, such issues as they affect individuals, societies, or others):

1. Engaging in, promoting, or advocating sexually immoral activity.
2. Engaging in, promoting, or advocating extramarital sexual relations.
3. Engaging in, promoting, or advocating homosexual relations.

Students and/or employees found engaging in prohibited activity will be subject to disciplinary action as outlined in the student conduct code or the faculty and staff handbooks.

## ANTI-HARASSMENT

Dordt College is committed to providing a workplace and an educational environment free of harassment and inappropriate treatment of any employee or student because of the employee's

33

DORDT0553

or student's race, sex, age, national origin, disability, or any other category protected under applicable federal, state, or local law. To be unlawful, workplace conduct must be so severe and pervasive that it unreasonably interferes with an employee's ability to work or a student's ability to succeed academically and have a positive educational experience. Dordt College does not, however, condone or tolerate any inappropriate conduct based on an employee's or student's race, sex, age, national origin, disability, or any other category protected under applicable federal, state, or local law. Moreover, Dordt College is committed to protecting employees and students from inappropriate conduct whether from other employees nonemployees or students.

Given the nature of this type of conduct and the serious effects such conduct can have on the target of the conduct and the one accused of the conduct, Dordt College treats alleged violations of this policy seriously and, to the extent possible, confidentially. Dordt College expects all individuals to treat alleged violations in the same responsible manner. If you believe you or any other employee or student is being subjected to behavior that violates these policies, you are encouraged to, and have a responsibility to, immediately report these matters to the executive director of finance and facilities if the conduct involves an employee or the dean of students if the conduct involves a student. If for any reason you do not feel comfortable reporting your concerns to the executive director of finance and facilities, you may report your concerns to the director of human resources.

If for any reason you do not feel comfortable reporting your concerns to the dean of students, you may report your concerns to the provost. Supervisors who become aware of any potential violation of this policy must report the potential violation to the executive director of finance and facilities or the director of human resources. Failure to report potential violations may result in appropriate discipline, up to and including discharge. No action will be taken against any employee or student merely because he or she reports behavior believed to violate this policy. We will take action to investigate and resolve all complaints of this nature. Dordt College is firm in its commitment to maintaining an environment free of discrimination, harassment, and inappropriate conduct.

Violations of this policy will not be tolerated and will result in appropriate disciplinary action, up to and including discharge or dismissal from the college.

## SOLICITING
No individual or off-campus organization may sell or solicit anywhere on college grounds. No one may promote any commercial activity without approval from the dean of students.

## STUDENT ATTIRE
Students should be guided by the principles of cleanliness, modesty, and propriety as they consider proper dress. Clothing which does not support our Christian confession and promote a God-glorifying view of men, women, and creation is not acceptable. Clothing which promotes the use of alcohol, controlled substances, or symbols of the occult is unacceptable.

## STUDENT DIRECTORY INFORMATION
The information listed below may be released without the written consent of the student. Dordt College officials will exercise care in the release of this information to ensure that the student's best interests are served. Students may request that all of the items designated as "directory information" should not be released without prior consent. Such requests should be presented in writing to the registrar prior to registration or the publication of the campus directory. The following items are designated as "directory information":

DORDT0554

# Student Code of Conduct

The college encourages students to grow in wisdom and responsibility by giving students freedom to act as adults within the educational community. The Student Code of Conduct finds its foundation in the teaching of Scripture. Both students and staff are encouraged to resolve areas of conflict at fundamental levels in a spirit of mutual respect with a desire to build up the other person as directed by Christ in Matthew 18.

The Student Code of Conduct is designed to provide students with guidance, correction, and an opportunity to demonstrate growth in judgment and self-control. The dean of chapel, counseling staff, residence life staff, and other members of the student services staff are available to students who desire personal guidance or a "listening ear," and typically become actively involved in meeting with students who are being disciplined for their behaviors.

The college's goals for its discipline policy, as set forth in the Student Code of Conduct, are:

1. To encourage student maturity by providing students with an opportunity to learn from their mistakes.
2. To encourage student responsibility by holding students accountable for their own actions.
3. To encourage reconciliation between community members.
4. To enhance the educational purpose and atmosphere of the campus.
5. To enhance the atmosphere of safety and well-being on campus.

To accomplish its goals, the college has adopted a discipline policy structured on four levels of discipline.

Students are entitled to all the rights and protections enjoyed by members of the Dordt community and are subject to obligations by virtue of this membership. Students are subject to all civil and criminal laws, the enforcement of which is the responsibility of duly constituted civil and criminal authorities.

## GENERAL DEFINITIONS AND STANDARDS

The following general definitions and standards apply to violations of the Student Code of Conduct:

*Members of the college community* include students, faculty and staff of Dordt College and visitors to the college.

*Campus*
For the purposes of the conduct regulations, the campus includes the geographic confines of the college, including its land, institutional roads and buildings, its leased premises, common areas at leased premises, the property, facilities and leased premises of organizations affiliated with the college.

*Off-Campus Violations*
Conduct off campus in violation of the conduct regulations which affects a clear and distinct interest of the college is subject to disciplinary sanctions. Specifically included within the college's interest are violations that:

- Involve conduct directed at other members of the Dordt community;

51

DORDT0571

- Disrupt educational or other functions of the college;
- Occur during or at college-sponsored events;
- Occur during the events of organizations affiliated with the college;
- Occur during a study abroad program; or
- If repeated on the campus, pose a threat to the safety of members of the college community.

*Seriousness of Infractions*

A violation of any provision of the conduct regulations will be regarded as more serious if:

- The conduct involves threatened or actual physical injury to another person, or endangers other persons;
- The conduct is willful or intentional;
- The conduct results in, contributes to or enhances the severity of a public disorder, group violence or a mass disturbance;
- The conduct involves interference with safety officials (police, fire and emergency medical responders) in the performance of their work;
- The conduct involves the use of drugs, alcohol or medication to incapacitate a student's ability to give consent to participate in an activity;
- The conduct violates a probationary sanction;
- The conduct involves dishonesty within the judicial process;
- The same or similar conduct is repeated; or
- The conduct impairs other students' abilities to continue their education.

A violation of any provision of the conduct regulations will be regarded as less serious if:

- Immediately after the conduct, and before being notified that disciplinary action may take place, the violator takes significant measures to correct his or her conduct or lessen the damage caused.
- The violator was encouraged or coerced to act in an uncharacteristic manner.

*Non-Disciplinary Action*

It is the desire of the college that students have the opportunity and encouragement to receive the best possible support and assistance in addressing an addictive lifestyle behavior. Therefore, if a student who has been involved in a behavior which is in violation of the college's policies (which includes but is not limited to drug or alcohol abuse, sexual misconduct, viewing of pornographic materials, eating disorder, or abuse of computer privileges) takes the initiative to seek help for the behavior, normal disciplinary action can be suspended. In order for a student to take advantage of the non-disciplinary policy the following conditions must be met:

52

DORDT0572

1. The student needs to take the first step. Once a violation of a lifestyle expectation has been identified or reported the normal disciplinary process will proceed and the student will no longer have the option of a non-disciplinary response.
2. The student must be willing to accept such help as is determined necessary after consultation with dean of students and/or other appropriate faculty or staff.
3. The student needs to be aware that in cases where behavior is repetitive, self-destructive, and hazardous to others or involving legal issues, the college has the responsibility to take appropriate action.

The college reserves the right to require the student to enter into a professional counseling setting if it is believed warranted based on the behavior in question.

*Aiding and Assisting*
Students aiding or assisting others in violating college conduct regulations are subject to disciplinary sanction under these regulations.

*Attempt*
A student may be disciplined for attempting to violate the Code of Conduct, even though the attempt is not successful.

*Persons Subject to Code of Conduct*
Persons who are students, or admitted to Dordt at the time of the alleged violation, are subject to these regulations. The term "student" shall include admitted students.

# PROHIBITED CONDUCT

The following are violations of the Student Code of Conduct and are subject to disciplinary sanctions by the college.

## Misuse of Alcoholic Beverages and Controlled Substances
Violations of the policy or laws include, but are not limited to, the illegal possession, use, manufacture, distribution, or sale of alcoholic beverages or controlled substances both on and off campus.

Members of the college community are accountable for their own actions and are expected to make responsible, lawful decisions regarding the use of alcohol. Alcohol must only be used in ways that neither harm nor degrade the individual or the college community. Students under the legal age may not use altered or falsified identification to procure alcohol.

Students may not supply alcoholic beverages to persons who are not of legal age to possess or consume alcoholic beverages. This section will apply to persons who intentionally, knowingly, recklessly, or negligently supply alcohol to persons underage. Example: A person who holds or sponsors an event/activity and fails to take reasonable measures to assure that persons under the legal age are not receiving and/or drinking alcohol, is in violation of this section.

*Students confronted for alleged alcohol consumption may be requested to take a breath analysis test. Refusal to take the test when requested will be interpreted as an admission of alcohol consumption. Students who are confronted with suspicion of consuming will be offered or may immediately request to use the breath analysis test to confirm their innocence. Students are responsible for any possession or consumption of*

53

DORDT0573

*alcohol that occurs in a campus residence or vehicle if they are present in the room or vehicle whether or not they themselves have been drinking or in possession of alcohol. Residents who discover a violation of the college's alcohol policy are to report it to residence life staff or campus security.*

The college supports and has a duty to uphold federal and state laws related to the use of alcohol. Students under the age of 21 are not to use or possess alcohol and will be held accountable should they choose to do so on or off campus. Students who are 21 or over are expected to abide by local, state, and federal laws with regard to alcohol and will be held accountable for violations of law that occur off campus as well as on campus.

The consumption or possession of alcoholic beverages by anyone is prohibited on campus or in college-controlled areas, in college-approved housing facilities, in vehicles, and at college related activities. The presence of alcohol containers will be regarded as possession. Students who return to campus in an intoxicated state or are discovered on or off campus in an intoxicated state are subject to college discipline.

Individual departments (e.g., athletics, theatre, music) have instituted policies regarding discipline for alcohol and drug violations. Students participating in such activities are expected to check the respective department's policies.

### Assault, Injury, and Threat
Assault, injury, or threat is an act that:

- Is intended to cause pain or injury to another;
- Is intended to result in physical contact which is insulting or offensive to another;
- Is intended to place another in fear of immediate physical contact that will be painful, injurious, insulting, or offensive;
- Involves pointing any firearm or simulated firearm toward another;
- Involves the display in a threatening manner of any dangerous weapon toward another; or
- Involves the making a threat intended to cause another person to fear for their safety or physical well-being.

### Bribery and Extortion
Bribery is the offering, giving, receiving, or soliciting of anything of value to influence action as an official or in discharge of legal or public duty.

Extortion is the attempt to obtain property, services, or benefits from another induced by wrongful use of actual or threatened force, violence, fear or coercion, or false pretense.

### Contempt
Contempt is defined as the following:

- Failure to appear before any college adjudicatory or regulatory body as summoned;
- Failure to comply with any disciplinary sanctions;

54

DORDT0574

- Failure to comply with the order or request of authorized college officials (residence life/student security staff);
- Providing, procuring, or seeking to procure false testimony in any administrative hearing.

## Disruption of Rights

Violations involving disruption of a college community member's rights are:

*Disruptive Activities include any type of disruptive act (e.g., buffalo runs, water balloon launchers, water fights, raids, on building roofs, or other pranks, etc.) anywhere on campus is not permitted. Individuals involved will also be charged the cost of repairs and clean-up. If no individual(s) is implicated, cost of repairs/clean-up will be assessed to all members of the wing where the incident took place.*

- Intentional disruption, obstruction, or denial of access to college services, facilities, or programs;
- Intentional interference with the rights, privacy, privileges, health, and safety of persons on campus;
- Interference with emergency evacuation procedures;
- Intentional or knowing interference with academic pursuits;
- Disorderly conduct;
- Disturbing the peace; or
- Inciting others to do acts which are restricted above.

## Gambling

As provided by Iowa law, the following are prohibited:

- Bookmaking; or
- Placing a bet or accepting wagers for a fee outside licensed gambling locations.

## Harassment, Sexual Harassment, and Racial and Ethnic Harassment

Engaging in First Amendment protected speech activities shall be considered acts done with a legitimate purpose.

20. Sexual harassment is prohibited. Sexual harassment may include, but is not limited to:
    - Coercing or attempting to coerce a person into a sexual relationship;
    - Subjecting a person to unwanted sexual attention or demands;
    - Punishing or retaliating against a person for refusal to comply with sexual demands; or
    - Unwelcome physical advances or physical contact of a sexual nature, or conduct of a sexual nature that is intimidating, demeaning, hostile, or offensive.

21. Racial harassment is prohibited. Racial and ethnic harassment may include, but is not limited to:

55

DORDT0575

- Threats, physical contact, pranks or vandalism directed at an individual or individuals because of their race or national origin;

- Severe or persistent racial epithets, derogatory comments, jokes or ridicule directed to a specific person or persons about their race or ethnicity;

- Defacement of a person's property based upon race of the owner; or

- Persistent and repeated racial or ethnic remarks or conduct, even if not directed at a specific person or persons, which unreasonably affect the ability of persons to participate in College programs.

22. Harassment is defined as any act or acts done without legitimate purpose and with the intent to intimidate, annoy or alarm another. This policy shall specifically apply to, but not be limited to, harassment on account of disability or any other basis for non-discrimination. Any act meeting the definition of harassment under Iowa Code 708.7, or the definition of stalking under Iowa Code 708.11, is a violation of this rule.

## Hazing

Hazing is any intentional, knowing, or reckless action, request, or creation of circumstances that:

It is not a defense to the violation of this section that the hazing participant provided explicit or implied consent. Apathy or acquiescence in the presence of hazing are not neutral acts; they are violations of this section.

- Endangers the health or safety of any individual;

- Causes or presents a substantial risk of physical injury, serious mental distress, or personal humiliation to any individual; or

- Involves the destruction or removal of public or private property in connection with initiation or admission into, or continued membership in, any group affiliated with the college, including but not limited to any student organization, academic group, or athletic team.

## Misuse of Computers

Examples of computer misuse are:

Illegal File Sharing: Disciplinary Procedures

- Accessing, damaging or altering records, programs or databases without permission;

- Accessing or disclosing another user's private files without permission;

- Unlawful copying of, or improperly using, copyrighted material;

- Sending obscene, harassing or threatening material.

30. First offense. A record of this offense will be maintained in the student services office for the duration of student's enrollment at Dordt College. The student's personal computer may be disconnected from the campus network for a period of one week. Student is to remove all illegal files from the student's computer.

56

DORDT0576

Case 5:19-cv-04082-CJW-KEM    Document 49-5    Filed 03/18/22    Page 27 of 35

31. Second offense. Student will meet with student services staff and be placed on dismissal status for the duration of the student's enrollment. The student's computer may be disconnected from the campus network for a period of one month. Student is to remove all illegal files from the student's computer.
32. Third offense. The student will meet with the Student Life Committee and face possible dismissal from Dordt College.

## Misuse of Identification and Falsification
Improper actions of identification or falsification are:

- Providing inaccurate identifying information to authorized officials with reason to request such information;
- Knowingly misleading college officials, police officers, faculty and staff in the conduct of their official duties;
- Tampering with official records, documents, identification cards; or
- Forgery.

## Misuse of Keys or Access Cards
This violation is defined as unauthorized possession, duplication or use of keys or cards that permit access to any college or college-related services, vehicles, or premises, including college housing.

## Sexual Misconduct, Including Sexual Assault and Sexual Harassment

1. General definition. Sexual misconduct is a broad term encompassing any unwelcome behavior of a sexual nature that is committed without consent or by force, intimidation, coercion, or manipulation. The term includes sexual assault, sexual harassment, sexual exploitation, and sexual intimidation as those behaviors are described later in this section. Sexual misconduct can be committed by men or women, and it can occur between people of the same or different sex. Please see sexual standards and conduct policy.

2. Consent. For purposes of this policy, consent is a freely and affirmatively communicated willingness to participate in particular sexual activity or behavior, expressed either by words or clear, unambiguous actions. It is the responsibility of the person who wants to engage in the sexual activity to insure that he or she has the consent of the other to engage in the activity. Lack of protest or resistance does not mean consent, nor does silence mean consent. For that reason, relying solely on non-verbal communication can lead to misunderstanding. Moreover, the existence of a dating relationship between the persons involved or the fact of a past sexual relationship should never provide the basis for an assumption of consent.

   Consent must be present throughout the sexual activity -- at any time, a participant can communicate that he or she no longer consents to continuing the activity. If there is confusion as to whether anyone has consented or continues to consent to sexual activity, it is essential that the participants stop the activity until the confusion can be clearly resolved.

57

DORDT0577

3. Persons who are unable to give consent. In addition, under Iowa law the following people are unable to give consent:

   0. persons who are asleep or unconscious

   1. persons who are incapacitated due to the influence of drugs, alcohol, or medication

   2. persons who are unable to communicate consent due to a mental or physical condition.

4. Examples of sexual misconduct. Sexual misconduct may vary in its severity and consists of a range of behavior or attempted behavior. It can occur between strangers or acquaintances, including people involved in an intimate or sexual relationship.

   Sexual misconduct includes, but is not limited to, the following examples of prohibited conduct as further defined below:

   0. sexual assault

   1. sexual harassment

   2. sexual exploitation

   3. sexual intimidation

5. Relation to criminal law and other college policy.

6. Definition of sexual assault. Sexual assault is a form of sexual misconduct and represents a continuum of conduct from forcible rape to nonphysical forms of pressure that compel individuals to engage in sexual activity against their will.

   Examples of sexual assault under this policy include, but are not limited to, the following behaviors when consent is not present:

   0. sexual intercourse (vaginal or anal)

   1. oral sex

   2. rape or attempted rape

   3. penetration of an orifice (anal, vaginal, oral) with the penis, finger, or other object

   4. unwanted touching of a sexual nature

   5. use of coercion, manipulation, or force to make someone else engage in sexual touching, including breast, chest and buttocks

58

DORDT0578

6. engaging in sexual activity with a person who is unable to provide consent due to the influence of drugs, alcohol, or other mental or physical condition (e.g., asleep or unconscious).

7. Definition of sexual harassment. Sexual harassment is a form of discrimination that includes verbal, written, or physical behavior of a sexual nature, directed at someone, or against a particular group, because of that person's or group's sex, or based on gender stereotypes, when that behavior is unwelcome and meets either of the following criteria:

   0. Submission or consent to the behavior is believed to carry consequences for the student's education, employment, on-campus living environment, or participation in a college activity. Examples of this type of sexual harassment include:

      1. pressuring a student to engage in sexual behavior for some educational or employment benefit, or

      2. making a real or perceived threat that rejecting sexual behavior will carry a negative consequence for the student.

   1. The behavior has the purpose or effect of substantially interfering with the student's work or educational performance by creating an intimidating, hostile, or demeaning environment for employment, education, on-campus living, or participation in a college activity. Examples of this type of sexual harassment can include:

      1. persistent unwelcomed efforts to develop a romantic or sexual relationship

      2. unwelcome commentary about an individual's body or sexual activities

      3. unwanted sexual attention

      4. repeated and unwelcome sexually-oriented teasing, joking, or flirting

      5. verbal abuse of a sexual nature.

         Comments or communications could be verbal, written, or electronic. Behavior does not need to be directed at or to a specific student, but rather may be generalized unwelcomed and unnecessary comments based on sex or gender stereotypes.

         Determination of whether alleged conduct constitutes sexual harassment requires consideration of all the circumstances, including the context in which the alleged incidents occurred.

DORDT0579

8. Definition of sexual exploitation. Sexual exploitation involves taking non-consensual sexual advantage of another person. Examples can include, but are not limited to the following behaviors:

    0. electronically recording, photographing, or transmitting intimate or sexual utterances, sounds, or images without the knowledge and consent of all parties involved

    1. voyeurism (spying on others who are in intimate or sexual situations)

    2. distributing intimate or sexual information about another person without that person's consent.

9. Definition of sexual intimidation. Sexual intimidation involves:

    0. threatening another person that you will commit a sex act against them;

    1. engaging in indecent exposure; or

    2. stalking another person who reasonably perceives the stalker is pursuing a romantic and/or sexual relationship. Stalking is a course of conduct directed at a specific person that would cause a reasonable person to feel fear.

    Examples of prohibited stalking can include but are not limited to:

        1. Non-consensual communication including in-person communication, telephone calls, voice messages, text messages, email messages, social networking site postings, instant messages, postings of pictures or information on web sites, written letters, gifts, ordering goods or services, or any other communications that are undesired and/or place another person in fear;

        2. Following, pursuing, waiting, or showing up uninvited at a workplace, place of residence, classroom, or other locations frequented by a complainant;

        3. Monitoring online activities, surveillance and other types of observation, whether by physical proximity or electronic means, attempts to gather information about the complainant;

        4. Vandalism, including attacks on data and equipment:

        5. Direct physical and/or verbal threats against a complainant or a complainant's loved ones, including animal abuse;

        6. Gathering of information about a complainant from family, friends, co-workers, and/or classmates;

DORDT0580

7. Manipulative and controlling behaviors such as threats to harm oneself, or threats to harm someone close to the complainant;

8. Defamation or slander against the complainant, posting false information about the complainant and/or posing as the complainant to post to websites, newsgroups, blogs, or other sites that allow public contributions, encouraging others to harass the complainant;

9. Posing as someone other than oneself to initiate transactions, financial credit, loans, or other contractual agreements;

10. Arranging to meet complainant under false pre-tenses.

## Theft or Damage to Property or Services

Actual or attempted unauthorized taking, use, misappropriation, or damage to property or services owned or maintained by the college, by a member of the college community, by any person or visitor on campus, or by any person attending a college-sponsored event is a violation. The knowing possession of stolen property is also a violation.

*The removal or possession of dishware, silverware, or other property from the dining hall or Defender Grille is considered to be theft. Illegally obtained computer files are also considered theft.*

## Unlawful Entry or Trespassing

- Unauthorized or attempted unauthorized entry, occupation, or use of any college-owned or controlled property, equipment or facilities is a violation. It is a violation to enter restricted areas of the college such as restricted research areas and utility tunnels. Remaining in or on premises after permission to remain has been revoked also is trespassing.

- Any unauthorized entry or assistance of such entry into a residence unit through windows or outside doors is not permitted. Entry after midnight is permitted only through the central lobby doors. Doors are locked and the building is secured for the safety and protection of the residents. Students may be allowed into certain buildings/rooms after they are locked provided they have been given permission by the person responsible for the area where access is desired. Students in areas that have been locked, secured, or designated as restricted will be subject to college/civil sanctions.

- Accessing the computer system, accounts, or programs of the college or other persons without their specific permission is considered unauthorized entry.

## Possession or Misuse of Weapons

Possession of weapons on campus is a violation.

*Firearms/Hunting Equipment-Equipment such as rifles, shotguns, ammunition, air rifles, sling shots, hunting knives, bows and arrows, etc., are allowed only for those who participate in hunting season. All such equipment must be locked in storage in the safe located in the Campus Center. Items of this nature may not be kept in college housing or*

61

DORDT0581

### Smoking

Smoking anywhere on Dordt College property is prohibited. Individuals will be assessed a $25 fine for smoking on campus. Smoking is defined as, but not limited to, the use of cigarettes, cigars, e-cigarettes, hookah, vaporizers, and any other apparatus used for introducing tobacco, herb, or other harmful chemicals to the body. (Please see Student Code of Conduct for more information on substance abuse)

*On July 1, 2008, the state law called the Iowa Smokefree Air Act went into effect. This law, among other things, bans smoking on college campuses across the state of Iowa. Dordt College has had a long standing policy banning smoking in all college facilities. However, this law requires that smoking be banned on all campus property including outside areas, outdoor athletic venues, parking lots, and college-owned vehicles. All individuals who choose to smoke must do so off campus.*

### Domestic Violence

A felony or misdemeanor crime of violence committed by:

A current or former spouse or intimate partner of the victim
A person with whom the victim shares a child in common
A person who is cohabitating with or has cohabitated with the victim as a spouse or intimate partner
A person similarly situated to a spouse of the victim under the domestic or family violence laws of the jurisdiction receiving grant monies, or
Any other person against an adult or youth victim who is protected from that person's acts under the domestic or family violence laws of the jurisdiction.

### Dating Violence

Violence committed by a person:

Who is or has been in a social relationship of a romantic or intimate nature with the victim; and
Where the existence of such a relationship shall be determined based on a consideration of the following factors:

The length of the relationship;
The type of relationship; and

The frequency of interaction between the persons involved in the relationship.

### Stalking

Engaging in a course of conduct directed at a specific person that would cause a reasonable person to:

Fear for his or her safety or the safety of others; or
Suffer substantial emotional distress.

## SANCTIONS

Information pertinent to each level is set forth below:

1. Residence Probation (Level I)

DORDT0584

1. Administered by learning community area coordinators, director of residence life, dean of students, and/or Student Life Committee
2. Sanctions:
   - Up to four weeks probation.
   - Up to five hours of community service.
   - A fine of up to $25.
   - Reimbursement for expenses resulting from any damages to property and/or injury to persons.
   - Other sanctions as determined appropriate by the college's administration.

2. Behavioral Probation (Level II)
   1. Administered by learning community area coordinators, director of residence life, dean of students, and/or Student Life Committee
   2. Sanctions:
      - Up to 16 weeks probation.
      - Up to 15 hours of community service.
      - A fine of up to $50.
      - Reimbursement for expenses resulting from any damages to property and/or injury to persons.
      - Other sanctions as determined appropriate by the college's administration.

3. Dismissal Status (Level III)
   1. Administered by director of residence life, dean of students, provost, and/or Student Life Committee
   2. Sanctions:
      - Dismissal status for a semester and a half (not including break periods) beginning at the time the sanction is imposed.
      - Community service up to 20 hours.
      - A fine of up to $100.
      - Consultation with the dean of chapel and/or personal counselor (including any testing, assessment, or professional counseling they might recommend).
      - Notification of parent(s)/guardian(s), academic adviser, advisers, coaches, and ensemble directors.
      - Appropriate other sanctions (e.g., written reports, substance abuse seminars, etc.) as determined appropriate by the college's administration.
      - Reimbursement for expenses resulting from any damages to property and/or injury to persons.

4. Dismissal (Level IV)
   1. Administered by the Student Life Committee
   2. Sanction:
      - Dismissal from the college plus expenses resulting from any damages to property and/or injury to persons.

65

DORDT0585

- Dismissal results in loss of credit for the semester and loss of tuition, board, and fees according to business office policy. Appropriate faculty and staff will be informed of a student's dismissal. Students who return to the college after dismissal may be eligible for tuition reduction benefits under the Cost Reduction Guidelines for Dismissed Students who are readmitted. Contact the dean of students for further information.
- Notification of parent(s)/guardian(s), academic adviser, advisers, coaches, and ensemble directors.

The following terms apply to the Discipline Levels set forth above:

1. The administrator/committee of the next higher level of discipline will review the action of the previous level administrator/committee.
2. Students may appeal to the next higher administrator or committee. The Student Appeals Committee hears appeals on Level IV discipline (The membership of the Student Appeals Committee consists of one staff member, one student, one faculty member, and one trustee).
3. A notice of appeal must be filed with the provost in the office of the provost. The appellant may appeal the decision based on one of the following reasons:
   1. The student's rights were substantially violated in the hearing process;
   2. The procedures used or the decision reached is contrary to college policy;
   3. There was not substantial evidence to support the conclusions reached;
   4. There is new material evidence that could not have been discovered at the time of the hearing; or
   5. The sanctions imposed were too severe or not appropriate for the violation.

   The notice of appeal must state the basis for appeal and give a brief statement of the reasons.

4. The Student Life Committee, which consists of students, staff, and faculty members, are responsible for all decisions regarding the dismissal of any student. Decisions of the Student Life Committee may be appealed to the Student Appeals Committee. Details regarding the appeals process are available from the student services office.
5. The disciplinary process is not a legal proceeding, and there are different standards of evidence for holding persons accountable.
6. In cases where criminal or civil laws are violated, the college may impose penalties over and above any criminal or civil penalties that are assessed.

**If you have any questions about the discipline policy at the college, please contact the dean of students for further information.**

66

DORDT0586