EXHIBIT 23

The Wayback Machine - https://web.archive.org/web/20181005223733/https://ww...

# ANNUAL SECURITY REPORT

In compliance with the requirements of the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act (Clery Act (https://web.archive.org/web/20181005223733/https://www.dordt.edu/about-dordt/publications/annual-security-report)) and in order to promote the safety and security of the campus community, the following information is provided to the Dordt College community. For the knowledge and awareness of the campus community, a list of crime statistics is provided in this report which reflects specified crimes which must be reported under the Clery Act. This information is updated on an annual basis and is available to current students and employees, and to prospective students and employees.

- Procedures for Reporting Criminal Activity
- Campus Safety Programs
- Access to Campus Facilities
- Authority of Campus Security
- Off-Campus Student Activities
- Alcohol
- Designated Driver
- Controlled Substances
- Dordt College Crime Statistics, 2015-2017
- FBI Definitions of Crime Categories
- Campus Sex Crimes Prevention Act
- Anti-Harassment
- Safe Campus Policy
- Campus Sexual Assault/Rape Policy
- Campus Relationship Violence/Domestic Violence Policy
- Campus Stalking Policy
- Emergency Procedures Regarding Sexual Assault/Relationship Violence/Stalking
- Available Resources

- Aggravated assault: An attack by one person upon another, in which the offender uses or displays a weapon in a threatening manner or the victim suffers severe injury involving apparent broken bones, loss of teeth, possible internal injury, severe laceration, or loss of consciousness.
- Burglary: The unlawful entry into a building or other structure with the intent to commit a felony or a theft.
- Motor-vehicle theft: The theft of a motor vehicle, including automobiles, trucks, motorcycles and mopeds.
- Arson: To unlawfully and intentionally damage, or attempt to damage, any real or personal property by fire or incendiary device.
- Liquor-law violations: The violation of laws prohibiting the manufacture, sale, purchase, transportation, possession, or use of alcoholic beverages. Does not include driving under the influence or drunkenness violations.
- Drug-law violations: The violation of laws prohibiting the production, possession, distribution, and/or use of certain controlled substances and the equipment needed to produce or use them.
- Weapon-law violations: The violation of laws prohibiting the manufacture, sale, purchase, transportation, possession, concealment, or use of firearms, knives, explosives, or other deadly weapons.

## CAMPUS SEX CRIMES PREVENTION ACT

The Campus Sex Crimes Prevention Act requires that each state provide information regarding registered sex offenders to the local law enforcement agency that has jurisdiction where an institution of higher education is located. The local law enforcement agency is then to share this information with the institution of higher education. Dordt College, in compliance with the requirements of the law, is providing notice that you may obtain information about registered sex offenders by visiting the Iowa Sex Offender Website (https://web.archive.org/web/20181005223733/http://www.iowasexoffender.com/). This page will give you a list of the "high risk" offenders registered within Sioux County. If you prefer, you may also directly contact the local law enforcement agency with jurisdiction over a campus location.

## ANTI-HARASSMENT

DORDT7141

Dordt College is committed to providing a workplace and an educational environment free of harassment and inappropriate treatment of any employee or student because of the employee's or student's race, sex, age, national origin, disability, or any other category protected under applicable federal, state, or local law. To be unlawful, workplace conduct must be so severe and pervasive that it unreasonably interferes with an employee's ability to work or a student's ability to succeed academically and have a positive educational experience. Dordt College does not, however, condone or tolerate any inappropriate conduct based on an employee's or student's race, sex, age, national origin, disability, or any other category protected under applicable federal, state, or local law. Moreover, Dordt College is committed to protecting employees and students from inappropriate conduct whether from other employees non employees or students.

Inappropriate conduct may include, among other things:

- Epithets, slurs, stereotyping, or threatening, intimidating, or hostile acts that relate to race, sex, age, national origin, or disability; and
- Written or graphic material that denigrates or shows hostility or aversion toward an individual or group because of race, sex, age, national origin, or disability.

Specifically included in this Anti Harassment Policy is a commitment to provide a workplace and an academic environment free of inappropriate conduct of a sexual nature. Such conduct may include, among other things:

- Unsolicited and unwelcome comments or conduct of a sexual nature or that are demeaning to women or men as a group (for example, offensive or vulgar jokes, name-calling, comments about one's body or sex life, stereotyping based on a person's sex, touching, leering, ogling, patting, pinching, indecent exposure, physical gestures, or displaying sexually explicit photographs or objects that interfere with a reasonable person's work);
- Unsolicited and unwelcome demands or requests for sexual favors or social or sexual encounters;
- An explicit or implicit promise of preferential treatment with regard to a person's employment or academic status in exchange for sexual favors or sexual activity; and
- The use of an employee's, applicant's, or student's submission to or rejection of sexual conduct as the basis for making, influencing, or affecting an

employment decision that has an impact upon the terms and conditions of the individual's employment (for example, hiring, firing, promotion, demotion, compensation, benefits, or working conditions) or a student's academic status.

Given the nature of this type of conduct and the serious effects such conduct can have on the target of the conduct and the one accused of the conduct, Dordt College treats alleged violations of this policy seriously and, to the extent possible, confidentially. Dordt College expects all individuals to treat alleged violations in the same responsible manner.

If you believe you or any other employee or student is being subjected to behavior that violates these policies, you are encouraged to, and have a responsibility to, immediately report these matters to the executive director of finance and facilities if the conduct involves an employee or the vice president and chief administrative officer if the conduct involves a student. If for any reason you do not feel comfortable reporting your concerns to the executive director of finance and facilities, you may report your concerns to the director of human resources. If for any reason you do not feel comfortable reporting your concerns to the vice president and chief administrative officer, you may report your concerns to the director of residence life.

Supervisors who become aware of any potential violation of this policy must report the potential violation to the executive director of finance and facilities or the director of human resources. Failure to report potential violations may result in appropriate discipline, up to and including discharge.

No action will be taken against any employee or student merely because he or she reports behavior believed to violate this policy. We will take action to investigate and resolve all complaints of this nature. Dordt College is firm in its commitment to maintaining an environment free of discrimination, harassment, and inappropriate conduct.

Violations of this policy will not be tolerated and will result in appropriate disciplinary action, up to and including discharge or dismissal from the college.

Please help us maintain a comfortable work and educational environment free from inappropriate and offensive conduct.

## SAFE CAMPUS POLICY

DORDT7143

Dordt College is committed to creating and maintaining a community of individuals who are dedicated to upholding Christ-honoring relationships. Such relationships are free from interpersonal violence including but not limited to the following: sexual violence, dating violence, and stalking. As a matter of policy, the faculty, staff, and students that comprise the Dordt community will not tolerate such behaviors. This policy is subject to change at the discretion of the college.

## CAMPUS SEXUAL ASSAULT/RAPE POLICY

College communities across the nation may not be the safe havens for learning they are often perceived to be. Some studies suggest that nearly five percent of women on college campuses experience a sexual assault in any given year with up to 84 percent of rape victims knowing and trusting their attacker. While these statistics are alarming to any campus community, even more disturbing is the fact that many such incidents remain unreported. Society's misunderstanding of the reality of rape and sexual assault contributes to this under-reporting, keeping many women silent and alone. Learning the facts about rape and unlearning the lies are everyone's responsibility. All those who experience a sexual assault are encouraged to come forward in order to receive the help and support that they need. Asking for help is not a sign of blame or weakness. Talking to someone will help complainants regain a sense of strength and aid in the recovery process.

### Definitions

For the purposes of this policy, the term "sexual assault" is defined as one or more of the following:

- Offensive Touching Sexual Assault: The touching of an unwilling or non-consensual person's genitals, breasts, thighs, buttocks, or mouth either directly or through one's clothing with one's own hands or other intimate parts (such as genitalia; buttocks or mouth). This may also include forcing an unwilling person to touch another's intimate parts.

- Non-consensual Sexual Assault: The unwilling or non-consensual penetration of a person's intimate parts (such as genitalia, buttocks, or mouth) with any object or body part. This includes, but is not limited to penetration of such body parts without consent through the use of coercion. Coercion is defined as unwanted sexual contact with the threat of non-physical punishment, promise of reward, or pestering/verbal

pressure. Note: If a person says "no" once, it counts; he or she does not have to say it more than once or prove resistance.

- Forced Sexual Assault: The unwilling or non-consensual penetration of a person's intimate parts (such as genitalia, buttocks, or mouth) with any object or body part that is committed either by force, threat, intimidation, or through exploitation of another's mental or physical condition of which the assailant was aware or should have been aware. The use of alcohol and/or other types of drugs (e.g. GHB, rohypnol, etc.) by either party, in conjunction with an incident of sexual assault, does not mitigate accountability for the commission of this offense or diminish the seriousness of the offense. If the complainant is incapacitated to the point that they cannot give their consent, this is considered to be an act of forced sexual assault. Note: A person who is drunk or has passed out cannot be assumed to give consent.

  Iowa law, Code 709.4 states:

  > "A person commits sexual abuse in the third degree when the person performs a sex act where the act is performed while the other person is under the influence of a controlled substance, and all of the following are true:
  >
  > - The controlled substance prevents the other person from consenting to the act.
  > - The person performing the act knows or reasonably should have known that the other person was under the influence of the controlled substance.
  > - The act is performed while the other person is mentally incapacitated, physically incapacitated, or physically helpless.
  >
  > Sexual abuse in the third degree is a class 'C' felony."

- **Consent:** Dordt College remains firm in its position, based on its biblical beliefs, that the only appropriate and permissible context in which sexual intimacy may be expressed as overt sexual activity is in the marriage partnership of husband and wife and expects that all members of the campus community will live in accordance with this policy (see Sexual Standards and Conduct section of this handbook). It is in the context of what constitutes sexual assault that all members of the community are expected to understand the definition of consent, and that sexual assault can be

DORDT7145

rights, compensation, and support in all instances of physical abuse or stalking as well as sexual assault.

- **Filing a Complaint with the College**

  Even if a complainant decides not to press criminal charges against the accused, they can still file a complaint with the College. This form of disciplinary process is not a legal proceeding and there are different standards for holding persons accountable. complainants or witnesses of such incidents may file either a verbal or written report to the vice president and chief administrative officer. If the alleged violator is an employee of the college, a verbal or written complaint may be filed with the director of human resources.

  - **Responsibilities of Dordt College toward the Complainant**

    - Dordt College has the responsibility to provide an educational and community environment that is safe from physical assault, emotional abuse, and sexual intimidation.

    - In cases of sexual assault, relationship violence, or stalking, the college will not seek disciplinary action toward the complainant for lesser offenses that may have occurred near the time of an assault. For example, an underage student who may have been drinking at the time of the assault, can report the assault without facing disciplinary action for the underage drinking.

    - When a crime is reported to college officials, those officials will offer assistance in notifying proper authorities.

    - The college will take all reported incidents of sexual assault, relationship violence, and stalking seriously and has the responsibility to respond in an appropriate manner to any formally reported incident.

    - When a report is filed with the institution, Dordt College will investigate and follow appropriate disciplinary procedures. If there is an institutional disciplinary hearing the complainant assumes the role of a witness to the allegations.

    - The college will allow the complainant to have an advocate (such as a friend, family member, counselor, etc.) accompany them through

the college disciplinary proceedings.

- The college will notify the complainant of the progress of the investigation, including notification of the initial contact with the alleged assailant and will provide a written notice of the outcomes related to any institutional disciplinary proceedings, including the outcome of any appeal. The complainant and charged student have the responsibility to respect the privacy rights of all involved.

- The college will inform the complainant of medical and legal services available, and will work with the student to inform the student of, and to provide, appropriate counseling support.

- The college will make every effort to accommodate requests by the complainant for on-campus housing relocation, transfer of classes, or other steps to prevent unnecessary or unwanted contact or proximity to an alleged assailant.

- The college will offer consultation with an administrator regarding academic support services if needed.

- **Witnesses to Assault - (Non-Disciplinary Action)**

    The non-disciplinary action policy offers limited immunity to those witnesses who report assaults or other behaviors which violate campus policies, or who assist complainants in filing a report, but who might be policy violators themselves. For example: An underage student has been drinking at a local bar and witnesses an assault but fears going to college officials for fear of disciplinary repercussions. An official report may be submitted verbally or in writing to the vice president and chief administrative officer.

- **Discipline Policies and Procedures for Complainants and/or Witnesses**

    Dordt College does not intend for this policy to be a substitute for related civil or criminal legal options. The College strongly encourages complainants to report all incidents and violations to the local law enforcement officials or agencies and utilize all of the services and rights to which they are entitled to by law.

    After complainants or witnesses submit an official report to the vice president and chief administrative officer (or the director of human

DORDT7157

resources), the vice president and chief administrative officer, director of residence life and others, if deemed necessary, will meet with the complainant or witness to discuss the report and determine whether a violation of conduct has occurred. At this meeting, discipline procedures will be explained to the complainant or witness, including the role of the complainant, any witnesses, the accused, and the college in the disciplinary process. The college will follow the guidelines outlined in the Student Conduct Code. The complainant will be kept informed about the progress of the investigation, including but not limited to notification of the initial meeting with the alleged assailant.

During this initial meeting an investigative interview may be conducted. At the complainant's request or with their permission, an advisor or advocate may attend this interview. If it is determined that there exists sufficient reason to believe a violation of the college's conduct policy has occurred, disciplinary procedures may be initiated. When this occurs, it should be understood that complainants and witnesses are not initiating such charges; the college is considered to be the complainant, and is responsible for continuing the investigative process. Complainants and witnesses will be asked to contribute testimony and information to assist in the investigation. The complainant or witness has the right to withdraw from the investigation at any time. Charges can be investigated on the basis of **either** a statement of sexual assault, relationship violence or stalking from the complainant **or** a witness's statement or complaint (residence hall staff, campus security, faculty, staff, or another student).**Dordt College may proceed with disciplinary action even if the alleged complainant chooses not to participate or continue in the process.** Additional questions or concerns regarding disciplinary proceedings should be addressed to the vice president and chief administrative officer.

- **Discipline Policies and Procedures for the Accused**

At the beginning of the disciplinary investigation, individuals thought to have relevant information, including the accused, will be contacted and interviewed by the vice president and chief administrative officer (or director of human resources), director of residence life, and others, if deemed necessary. If sufficient information is gathered to determine that there are grounds to proceed with the discipline process, appropriate action will then be taken. If the alleged assailant is a student, the college will proceed according to guidelines established in

DORDT7158

the Student Conduct Code. If the alleged assailant is a faculty or staff member of Dordt College, the incident would be reviewed by the following persons: director of human resources, executive director of finance and facilities, and/or the vice president for academic affairs. Following their recommendation, the accused could appeal this decision according to policies established in the faculty and staff handbooks. Violations of the college's policies will result in appropriate disciplinary action, up to and including discharge or dismissal from the college.

- **Responsibilities of Dordt College toward the Accused**

    Further questions or concerns on the part of the accused student should be directed to the vice president and chief administrative officer.

    - The college will inform the accused of the institution's disciplinary process.
    - The college will provide the accused with a written statement of charges.
    - The college will inform the accused that they may present witnesses and material evidence relevant to the case.
    - The college will inform the accused that they may request an advocate on their behalf. Such an advocate must be a member of the college community and may assist the student in presenting information but is not used in a role to defend the accused.
    - To the best of its ability, the college will provide the accused, in advance of the hearing, with all information to be presented at the hearing.
    - The college will inform the accused in writing of the outcome of an institutional disciplinary proceeding, including the outcome of any appeal.
    - The college will inform the accused of available services including but not limited to: access to services from the counseling office, voluntary residence hall relocation when available, and consultation with an administrator regarding academic support services and referrals to community resources when appropriate.

# ON-CAMPUS RESOURCES

DORDT7159