# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> vs. <br><br> DORDT UNIVERSITY, et al., <br><br> Defendants. | No. 19-CV-4082 CJW-KEM <br><br> **ORDER SCHEDULING ORAL ARGUMENT** |

The matter before the Court is defendants' Motion for Summary Judgment. (Doc. 49). The Court will conduct oral argument regarding this motion on **Wednesday, May 25, 2022, at 1:00 p.m. central time.** The Court has set aside one (1) hour for this hearing.

The parties have indicated they would like to appear for this hearing by Zoom. The parties are directed to contact Court IT staff at least seven days before the hearing at iandml_IT_Staff@iand.uscourts.gov to facilitate appearing by Zoom.

The parties are reminded to comply with LR 5A(g)(8), filings totaling more than 100 pages in length. (*See* LR 10(c)(3)).

**IT IS SO ORDERED** this 6th day of May, 2022.

_____
C.J. Williams
United States District Judge
Northern District of Iowa