IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>DORDT UNIVERSITY f/k/a DORDT COLLEGE; DORDT UNIVERSITY BOARD OF TRUSTEES; HOWARD WILSON, individually and as agent for Dordt University; ROBERT TAYLOR, individually and as agent for Dordt University; DEREK BUTEYN, individually and as agent for Dordt University; and ERIN OLSON, individually and as agent for Dordt University,<br><br>    Defendants. | CASE NO. 19-cv-4082<br><br>**JOINT MOTION TO CONTINUE TRIAL** |

    Pursuant to Local Rule 16(f), Plaintiff John Doe and Defendants Dordt University, Dordt University Board of Trustees, Howard Wilson, Robert Taylor, Derek Buteyn, and Erin Olson (collectively, the "parties") move the Court for an order modifying the current Order Rescheduling Trial and Final Pretrial Conference (Doc. 41). As grounds therefore, the parties state as follows:

    1.    Defendants filed their Motion for Summary Judgment on March 18, 2022, seeking dismissal of all claims. The parties thoroughly briefed the matter, and the Court heard oral argument on May 25, 2022. The Court's decision on Defendants' Motion for Summary Judgment is still pending.

    2.    Under the current scheduling order, the parties are to exchange witness and exhibit lists, jury instructions, and motions in limine on or before July 11, 2022. The deadline for the parties to submit their joint proposed pretrial order is July 29, 2022, and

1

trial is set to begin August 15, 2022.

3. The parties believe that it would promote judicial economy and efficiency to extend the deadlines for trial and the corresponding pretrial deadlines so that the parties may consider the Court's summary judgment ruling and what claims, if any, remain before preparing their respective motions in limine, jury instructions, witness lists, and exhibit lists. The parties agree that the substance of the pretrial filings will materially change based on what claims remain for trial.

4. Thus, the parties request that the Court enter an Amended Order Rescheduling Trial and Final Pretrial Conference delaying trial until after the entry of the Court's Decision and Order on Defendants' Motion for Summary Judgment. The parties have conferred, and they are available for trial on the following dates:

February 27 – March 3, 2023;
March 6 – March 10, 2023;
March 13, - March 17, 2023;
March 27 – March 31, 2023; and
April 10 – April 14, 2023

5. The parties agree that the Trial Management Order for Civil Jury Trial (Doc. 25) will continue to govern this case with the new trial date substituted; all deadlines established in the trial management order shall be calculated from the substituted trial date.

WHEREFORE, the parties respectfully request an amended order rescheduling trial and final pretrial conference.

Dated this 5th day of July, 2022.

JOHN DOE, Plaintiff,

By: /s/David Goldman
    David H. Goldman, Esq.
    BABICH GOLDMAN, P.C.
    501 SW 7th Street, Suite J
    Des Moines, IA 50309
    Phone: 515-309-6850
    Email: dgoldman@babichgoldman.com

*and*

By: /s/Adrienne Levy
    Adrienne Levy, Esq. (*pro hac*)
    NESENOFF & MILTENBERG, LLP
    Andrew T. Miltenberg, Esq. (*pro hac*)
    Stuart Bernstein, Esq. (*pro hac*)
    363 Seventh Avenue, Fifth Floor
    New York New York 10001
    Phone: 212-736-4500
    Email: amiltenberg@nmllplaw.com
           sbernstein@nmllplaw.com
           alevy@nmllplaw.com

DORDT UNIVERSITY F/K/A DORDT COLLEGE; DORDT UNIVERSITY BOARD OF TRUSTEES; HOWARD WILSON, ROBERT TAYLOR, DEREK BUTEYN, AND ERIN OLSON, Defendants,

By: /s/Leigh Campbell Joyce
    Heidi A. Guttau (IA #15513)
    George E. Martin III (pro hac)
    Leigh Campbell Joyce (ICIS # AT0014791)
    Michael Roccaforte (pro hac)
of   BAIRD HOLM LLP
    1700 Farnam Street
    Suite 1500
    Omaha, NE 68102-2068
    Phone: 402-344-0500
    Email: hguttau@bairdholm.com
           gmartin@bairdholm.com
           lcampbell@bairdholm.com
           mroccaforte@bairdholm.com

# CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David Goldman
Babich Goldman, P.C.
501 SW 7th Street, Suite J
Des Moines, IA 50309
dgoldman@babichgoldman.com

Andrew T. Miltenberg
Stuart Bernstein
Adrienne Levy
363 Seventh Avenue, Fifth Floor
New York, NY 10001
amiltenberg@nmllplaw.com
abernstein@nmllplaw.com
alevy@nmllplaw.com

                                                      /s/Leigh Campbell Joyce

DOCS/2832017.3

4

Case 5:19-cv-04082-CJW-KEM   Document 70   Filed 07/05/22   Page 4 of 4