IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>DORDT UNIVERSITY, et al.,<br><br>        Defendants. | No. 19-CV-4082 CJW-KEM<br><br>**ORDER GRANTING MOTION TO CONTINUE TRIAL** |

_____

The matter before the Court is a Joint Motion to Continue Trial. (Doc. 70). For good cause and the reasons stated in the motion, the motion to continue is **granted.**

**IT IS ORDERED** the trial for this matter is rescheduled to begin on **Monday, February 27, 2023, in Sioux City, Iowa.**

The telephonic final pretrial conference is rescheduled to **Monday**, **February 13, 2023, at 9:00 a.m.** The parties will access the Court's conference bridge by dialing 1-669-254-5252; Enter Meeting ID: 160 7066 1127 followed by #; Press # key when prompted for participant ID; Enter Passcode: 263603 followed by #. At the FPTC, the parties should be prepared to argue all pretrial motions, evidentiary issues, and procedural disputes.

The trial management order (Doc. 25) will continue to govern this case with the new final pretrial conference and trial dates substituted; all deadlines established in the trial management order shall be calculated from the substituted final pretrial conference and trial dates.

**IT IS SO ORDERED** this 6th day of July, 2022.

_____
C.J. Williams
United States District Judge
Northern District of Iowa