```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION
```
-----------------------------------------------------------------X
JOHN DOE,                                                        :
                                                                 :
      **Plaintiff,**                 :
                                                                 :
      -against-                     :
                                                                 :
                                                                      : Civil Action No: 5:19-cv-04082

**DORDT UNIVERSITY** f/k/a/ **DORDT COLLEGE**;  :
**DORDT UNIVERSITY BOARD OF TRUSTEES**;         :
**HOWARD WILSON**, individually and as agent for :
Dordt University; **ROBERT TAYLOR**, individually :
and as agent for Dordt University; **DEREK BUTEYN**, :
individually and as agent for Dordt University; :
and **ERIN OLSON**, individually and as agent for :
Dordt University;                                :
                                                 :
      **Defendants.**                :
-----------------------------------------------------------------X

## PLAINTIFF'S UNRESISTED MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff John Doe, by and through his attorneys, Nesenoff & Miltenberg, LLP, and Babich Goldman, P.C., hereby respectfully moves this Court for an Order, pursuant to Local Rule 5(c)(1), granting him leave to file under seal/restricted access: Plaintiff's Notice of Motion *In Limine* to Preclude Evidence and Testimony, Memorandum of Law in Support of Motion In Limine, and the Declaration of Adrienne Levy and confidential exhibits in support. As grounds therefore, Plaintiff states as follows:

1. Plaintiff's **Exhibit A** is a true and correct copy of relevant portions of Plaintiff's deposition containing personal, sensitive information about Plaintiff's sexual history, references to Plaintiff's confidential medical records, and the true name of John Doe and other students,

which are protected by this Court's prior order (ECF No. 18) as well as the Joint Protective Order entered into by the parties (ECF No. 27).

2. Plaintiff's **Exhibit B** is a true and correct copy of Plaintiff's confidential Dordt College counseling records, which are medical records containing personal, sensitive information and subject to protection under as the Joint Protective Order entered into by the parties (ECF No. 27), as well as John Doe's true name, subject to protection under this Court's prior order (ECF No. 18).

3. Plaintiff's **Exhibit C** is a true and correct copy of a portion of Plaintiff's educational records at Dordt College, which are subject to protection under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g et seq. ("FERPA"), as well as the Joint Protective Order entered into by the parties (ECF No. 27) and this Court's prior order protecting Plaintiff's identity (ECF No. 18).

4. In addition, the motion papers themselves should be sealed as they discuss personal, private, sensitive and medical information about the Plaintiff, which he seeks to exclude from trial as irrelevant as well as unduly prejudicial. Given the ease of public access to court filings, filing these papers in the ordinary course (and not under seal) would result in publication to the general public—including the potential jury pool—of the very information Plaintiff seeks to exclude. Publicly filing such information would cut against the benefit of any ultimate ruling in Plaintiff's favor on these issues.

5. Redaction will not eliminate or reduce the need for filing under Restricted Access in this instance because the information necessary to redact would impact the Court's ability to review all pertinent evidence and arguments in the record.

6. Counsel for Plaintiff has conferred with Defense counsel, who does not oppose this motion.

2

Case 5:19-cv-04082-CJW-KEM   Document 73   Filed 01/23/23   Page 2 of 4

**WHEREFORE**, Plaintiff respectfully requests this Court issue an order directing the Clerk of Court to restrict access to Plaintiff's Motion *In Limine* to Preclude Evidence and Testimony (including the Notice of Motion, Memorandum of Law in Support, and Declaration of Adrienne Levy, Esq. and accompanying Exhibits A, B and C), to court staff and attorneys of record only.

**RESPECTFULLY SUBMITTED** this 23th day of January, 2023.

            **NESENOFF & MILTENBERG, LLP**

            By: /s Adrienne Levy
                Adrienne Levy, Esq. (pro hac)
                Stuart Bernstein, Esq. (pro hac)
                Andrew Miltenberg, Esq. (pro hac)
                363 Seventh Avenue, Fifth Floor
                New York, New York 10001
                (212) 736-4500
                alevy@nmllplaw.com
                sbernstein@nmllplaw.com
                amiltenberg@nmllplaw.com

                -and-

            **BABICH GOLDMAN, P.C.**

            By: /s David H. Goldman
                David H. Goldman, Esq.
                501 S.W. 7th Street, Suite J
                Des Moines, Iowa 50309
                (515) 244-4300
                dgoldman@babichgoldman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23th day of January, 2023, I electronically filed the foregoing Motion to Seal with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record.

/s_Adrienne Levy
Adrienne Levy, Esq.