UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

------------------------------------------------------------------------X
JOHN DOE,

         **Plaintiff,**

   -against-

DORDT UNIVERSITY f/k/a/ DORDT COLLEGE;
DORDT UNIVERSITY BOARD OF TRUSTEES;
HOWARD WILSON, individually and as agent for
Dordt University; ROBERT TAYLOR, individually
and as agent for Dordt University; DEREK BUTEYN,
individually and as agent for Dordt University;
and ERIN OLSON, individually and as agent for
Dordt University;

         **Defendants.**
------------------------------------------------------------------------X

Civil Action No: 5:19-cv-04082

## PLAINTIFF'S UNRESISTED MOTION TO EXCEED PAGE LIMITATION

Plaintiff John Doe, by and through his attorneys, Nesenoff & Miltenberg, LLP, and Babich Goldman, P.C., hereby respectfully moves this Court for an Order granting him leave to file a Brief in Resistance to Defendants' Motion in Limine (ECF No. 78) that exceeds the page limitation set forth in Local Rule 7(h). Plaintiff states that the issues to be briefed are sufficiently weighty and complex, warranting an exception to the Local Rule limiting most briefs to no more than twenty (20) pages. Specifically, Defendants' motion seeks relief on sixteen (16) identified grounds, some of which contain subsets of information and evidence, all of which need to be addressed by Plaintiff in his opposition.

Plaintiff therefore seeks leave to file a brief in resistance to Dordt's Motion in Limine that is thirty (30) pages in length (excluding table of contents/authorities, signature block, and certificate of service).

Counsel for Plaintiff has conferred with counsel for Defendant, who does not oppose this Motion.

**RESPECTFULLY SUBMITTED** this 30th day of January, 2023.

**NESENOFF & MILTENBERG, LLP**

By: /s Adrienne Levy
    Adrienne Levy, Esq. (pro hac)
    Stuart Bernstein (pro hac)
    363 Seventh Avenue, Fifth Floor
    New York, New York 10001
    (212) 736-4500
    alevy@nmllplaw.com
    sbernstein@nmllplaw.com

-and-

**BABICH GOLDMAN, P.C.**

David H. Goldman, Esq.
501 S.W. 7th Street, Suite J
Des Moines, Iowa 50309
(515) 244-4300
dgoldman@babichgoldman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record.

/s_Adrienne Levy
Adrienne Levy, Esq.