# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| DOE, Plaintiff, vs. DORDT UNIVERSITY ET AL, Defendants. | **HEARING MINUTES** Sealed: No <br> Case No.: 19-CV-4082 <br> Presiding Judge: C.J. Williams <br> Deputy Clerk: Jennifer Schrauth <br> Official Court Record: FTR Gold  Contract? No <br> Contact Information --- |

| Date: | 5/1/2023 | Start: | 8:59 AM | Adjourn: | 9:05 AM | Courtroom: | --- | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | --- | | | Time in Chambers: | --- | | Telephonic? | Yes |
| Appearances: | | Plaintiff: | Adrienne Levy | | | | | |
| | | Defendant: | George Martin, III | | | | | |
| | | U.S. Probation: | --- | | | | | |
| | | Interpreter: | --- | | Language: | --- | Certified: --- | Phone: --- |

**TYPE OF PROCEEDING:** PRE-TRIAL CONFERENCE

Motion(s): ---   Ruling: ---

Matters discussed:

Trial Length and Schedule: ---
Jury Instructions: ---

**Witness/Exhibit List is**   ---

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** The parties informed the Court they have settled and will no longer go to trial. The Court inquired whether there is a written, finalized agreement and was informed it is being sent to defendant. Defendant states their client has approved the agreement and will be signing it soon.

The Court asked for a stipulation of dismissal as soon as the agreement is done. The Court inquired whether there might be delay in filing a stipulation.

The Court asked whether the parties would file the fact of settlement publicly. The parties said this would occur.